UNDERSEAL                                    FILED

AO 91 (Rev. 11/11)  Criminal Complaint

JAN 15 2020

# UNITED STATES DISTRICT COURT

for the

Northern District of California

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | **MAG** |
| MOHAMMED COLIN NURU and | ) | Case No. |
| NICK JAMES BOVIS | ) | **3 20 70028** |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 22, 2018___ in the counties of _San Francisco & San Mateo_ in the

___Northern___ District of ___California___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343, 1346 | Honest Services Wire Fraud |
| | Honest Services Wire Fraud |

This criminal complaint is based on these facts:

Please see the attached affidavit of FBI Special Agent James A. Folger.

☑ Continued on the attached sheet.

Approved as to form _____
AUSA Scott Joiner

_____
*Complainant's signature*

James A. Folger, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1-15-20__

_____
*Judge's signature*

City and state: ___San Francisco, CA___

Hon. Sallie Kim, U.S. Magistrate Judge
*Printed name and title*

1 - M72

1
2
3
4
5
6
7
8
9
10      UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA

12      SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) AFFIDAVIT OF FBI SPECIAL AGENT JAMES A. FOLGER IN SUPPORT OF CRIMINAL COMPLAINT |
| Plaintiff, | ) |
| v. | ) UNDER SEAL |
| MOHAMMED COLIN NURU and NICK JAMES BOVIS | ) |
| Defendants. | ) |
| _____ | ) |

20
21
22
23
24
25
26
27
28

AFFIDAVIT
FILED UNDER SEAL

# TABLE OF CONTENTS

I.      INTRODUCTION AND AGENT QUALIFICATIONS ................................................................1

II.     COUNT 1: HONEST SERVICES WIRE FRAUD / AIDING & ABETTING ..............................3

III.    FACTS ESTABLISHING PROBABLE CAUSE ........................................................................5

        A.      Summary of the Airport Scheme .....................................................................5

        B.      Summary of Additional Evidence of Corrupt Intent and Modus Operandi ......................8

                1.      Multimillion-Dollar Mixed-Use Development Scheme ...........................................9

                2.      Transbay Transit Center Scheme ...............................................................9

                3.      Bathroom Trailer Scheme and Homeless Container Shelter Scheme....................10

                4.      Vacation Home Scheme..........................................................................10

        C.      Details of Airport Scheme and Additional Evidence of Corrupt Intent............................11

                1.      San Francisco Airport Scheme...............................................................11

                        (i)     SFO Contracting Process ......................................................11

                        (ii)    BOVIS Prepares Another Bid With CHS-87857
                                and CHS-87856 For a Restaurant at SFO ..........................12

                        (a)     The January 24, 2018 Meetings at SFO and
                                Broadway Grill...........................................................12

                        (b)     BOVIS Arranges for BOVIS, NURU,
                                AIRPORT COMMISSIONER 1, CHS-87856
                                and CHS-87857 to Meet. .............................................15

                        (c)     The March 19, 2018 Meeting at the Broadway
                                Grill With BOVIS, CHS-87857, CHS-87856,
                                UCE-7982, and NURU. ..............................................18

                        (d)     NURU Tells BOVIS to Provide a $5,000 Bribe
                                for AIRPORT COMMISSIONER 1 .................................23

                        (e)     BOVIS, NURU, and INDIVIDUAL 1 Meet at
                                the Broadway Grill...................................................24

                        (f)     BOVIS Arranges a Meeting with AIRPORT
                                COMMISSIONER 1 ....................................................25

                        (g)     The April 4 Meeting at the Broadway Grill
                                Involving BOVIS, UCE-7982, CHS-87856,
                                CHS-87857, NURU, and AIRPORT
                                COMMISSIONER 1....................................................26

                        (h)     BOVIS Meets with UCE-7982 on April 5, 2018..............32

(iii)  BOVIS Distances Himself From UCE-7982 ....................42

(iv)  Renewed Contact: NURU Meets with the
Confidential Sources in his Office......................................47

2.  Multimillion-Dollar Mixed-Use Development Scheme .........................50

3.  Transbay Transit Center.......................................................................56

4.  Bathroom Trailer Scheme and Homeless Container Shelter Scheme...................60

5.  Vacation Home Scheme.......................................................................70

IV.  CONCLUSION.............................................................................................75

V.  REQUEST FOR SEALING.............................................................................75

AFFIDAVIT
FILED

ii

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James A. Folger, Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state the following:

## I.   INTRODUCTION AND AGENT QUALIFICATIONS

1.   I submit this affidavit in support of a criminal complaint against Mohammed Colin NURU and Nick James BOVIS. As set forth below, there is probable cause to believe NURU and BOVIS committed honest services wire fraud in violation of Title 18, United States Code, Sections 1343 and 1346, by participating in a scheme to bribe a San Francisco Airport Commissioner (AIRPORT COMMISSIONER 1) to vote to select a restaurant affiliated with BOVIS for an airport lease, and to have the same airport commissioner persuade two other commissioners, whom BOVIS said vote in a block with AIRPORT COMMISSIONER 1, to vote for it as well.  Additionally, the intent of NURU and BOVIS is informed by several other ongoing schemes to deprive citizens of honest services by the two targets.

2.   I am a Special Agent of the FBI and have been so employed since entering the FBI Academy in August 2012.  I am sworn and empowered to investigate criminal activity involving violations of federal law.  I am currently assigned to FBI's San Francisco Division Public Corruption Squad, which investigates abuse of public office in violation of criminal law, which includes fraud, bribery, extortion, conflicts of interest, and embezzlement. My investigative experience includes, but is not limited to: conducting wire communication interceptions; interviewing subjects, targets and witnesses; executing search and arrest warrants; handling and supervising confidential human sources; conducting surveillance; and analyzing phone records and financial records. Additionally, I received *juris doctor* and Master of Business Administration degrees from the University of San Francisco in 2012.

3.   During my employment with the FBI, I have received formal classroom and field training at the FBI Academy in Quantico, Virginia and graduated from the New Agent Training Program.  My training and experience includes, but is not limited to, public corruption, fraud against the government, drug trafficking, gangs, organized crime, and RICO investigations.  I have also received additional formal and on-the-job training from the FBI, as well as from the United States Attorney's Office and

1   other federal agents who have done extensive work in the areas of financial crimes and public

2   corruption.  I have participated in several investigations involving public corruption, bribery, and fraud,

3   and I have been the lead agent on several of those cases. I have worked on multiple wiretaps while

4   investigating public corruption and gangs. I have received formal training in wiretaps at the FBI

5   academy in Quantico, Virginia as well as on the job training while working on wiretaps in active

6   investigations. I have also received training on phone records and cell tower analysis from members of

7   the Cellular Analysis Survey Team (CAST) and have used this knowledge in numerous investigations.

8        4.      To successfully conduct these investigations, I have utilized a variety of investigative

9   techniques and resources including, but not limited to, physical and electronic surveillance, witness

10  interviews, various types of infiltration to include confidential human sources, and cooperating sources.

11  I have utilized pen register and trap and trace devices, mail covers, pole cameras, stationary video

12  recording vehicles, undercover operations, and audio and audio/video recording devices.

13       5.      I make this Affidavit based upon personal knowledge derived from my participation in

14  this investigation and upon information I believe to be reliable from the following sources, among

15  others:

16              a.   my experience investigating honest services wire fraud and other illegal activity

17                   relating to public corruption;

18              b.   oral and written reports about this investigation that I have received from

19                   members of the FBI;

20              c.   physical surveillance conducted by the FBI, the results of which have been

21                   reported to me either directly or indirectly;

22              d.   information obtained from undercover agents;

23              e.   recorded conversations; and

24              f.   confidential human sources.

25       6.      Because this affidavit is being submitted for the purpose of establishing probable cause in

26  support of the requested Complaint, it does not set forth each and every fact that I, or others, have

27  learned during the course of the investigation.  Rather, I have set forth only those facts that I believe are

28  necessary to establish probable cause and to provide the Court with an overview of the facts that

AFFIDAVIT                                              2
FILED UNDER SEAL

1  establish BOVIS' and NURU's pattern of corrupt conduct and intent to defraud.  Unless otherwise

2  indicated, where actions, conversations, and statements of others are described below, they are related in

3  substance and in part. In addition, unless otherwise noted, wherever in this Affidavit I assert that a

4  statement was made, the information was provided by another FBI agent, law enforcement officer,

5  recording, or witness who may have had either direct or hearsay knowledge of that statement and to

6  whom I or others have spoken, or whose reports I have reviewed.

7           7.      The conversations I summarize below were largely derived from various meetings and

8  intercepted communications.  Collectively, these meetings, calls, and communications were documented

9  in FBI reports and summaries. These reports and summaries describe recorded conversations involving

10  subjects of the investigation, during which the subjects at times use code words and/or cryptic language

11  to disguise conversations about their criminal schemes and related activities.  The reports are

12  summarized based on agents' interpretations of the conversations. Some of these reports and summaries

13  contain interpretations of coded words, cryptic language, and vague identifiers.  It may be that

14  subsequent review of the recorded conversations and verbatim transcripts may show changes from the

15  summaries initially prepared.  Quotations from the recordings are based on informal transcriptions of

16  portions of certain key recordings, which may not be exactly the same as formal transcriptions that are

17  later prepared.

18  **II.   COUNT 1: HONEST SERVICES WIRE FRAUD / AIDING & ABETTING (18 U.S.C. §§**
19       **1343, 1346, 2)**

20           8.      Beginning in or about January 2018, and continuing through on or about April 4, 2018, in

21  the Northern District of California and elsewhere, the defendants NURU and BOVIS, aided and abetted

22  by each other, knowingly and with the intent to defraud, participated in, devised, and intended to devise

23  a scheme and artifice to defraud the public of its right to the honest services of public officials through

24  bribery and kickbacks in breach of the officials' fiduciary duty, by means of materially false and

25  fraudulent pretenses, representations, and promises, and by means of omission and concealment of

26  material facts.  On or about March 22, 2018, in the Northern District of California and elsewhere, for the

27  purpose of executing the aforementioned scheme and artifice to defraud and attempting to do so, the

28  defendants did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by

1  means of a wire communication, certain writings, signs, signals, pictures, and sounds, specifically, a

2  telephone conversation that was transmitted in interstate commerce between a confidential source and

3  BOVIS, in violation of Title 18, United States Code, Sections 1343 and 1346.

4      9.      Title 18, United States Code, Sections 1343 and 1346, prohibit honest services wire

5  fraud.  The elements of the offense are as follows:

   a.  The defendant knowingly devised or participated in a scheme to defraud the public of its
       right to the honest services of a public official through bribery or kickbacks in breach of
       the official's fiduciary duty;

   b.  The defendant did so knowingly and with an intent to defraud, that is, the intent to
       deceive or cheat the public of honest services;

   c.  The scheme or artifice to defraud involved a deception, misrepresentation, false
       statement, false pretense, or concealment that was material; and

   d.  The defendant used, or caused to be used, an interstate or foreign wire communication to
       carry out or attempt to carry out an essential part of the scheme.

13     10.     Title 18, United States Code, Section 2, provides that "[w]hoever commits an offense

14  against the United States or aids, abets, counsels, commands, induces or procures its commission, is

15  punishable as a principal."

16     11.     Honest services wire fraud does not require the bribe or kickback be completed, or that

17  official action was actually taken, because the criminal act is the creation of a "scheme" to defraud.  *See*

18  *Pasquantino v. United States*, 544 U.S. 349, 371 (2005) ("the wire fraud statute punishes the scheme,

19  not its success") (citations, quotations omitted); *Schreiber Distrib. Co. v. Serv-Well Furniture Co.*, 806

20  F.2d 1393, 1400 (9th Cir. 1986) (for mail and wire fraud, it is not necessary to show that the scheme was

21  successful or that the intended victim suffered a loss or that the defendants secured a gain); *see also*

22  *United States v. Kimbrew*, 944 F.3d 810, 815 (9th Cir. 2019) (liability for bribery of a public official, in

23  violation of 18 U.S.C. § 201(b)(2)(A), "does not depend on an outcome; the offense is complete at the

24  moment of agreement, and that agreement need not even be accompanied by the bribe recipient's

25  genuine intentions to follow through.").  In addition, "anyone who knowingly and intentionally

26  participates in the execution of [a] fraudulent scheme comes within the prohibition of the mail and wire

27  fraud statutes regardless of whether the defendant devised the scheme."  *United States v. Holden*, 908

28  F.3d 395, 400 (9th Cir. 2018) (citation omitted), *cert. denied*, 139 S. Ct. 1645, 203 L. Ed. 2d 918 (2019).

### III.   FACTS ESTABLISHING PROBABLE CAUSE

#### A.   Summary of the Airport Scheme

12.   Mohammed NURU is the Director of Public Works (DPW) for the City and County of San Francisco, and Chair of the Transbay Joint Powers Authority Board. Based on publicly available data, the total DPW budget exceeded $500 million in both fiscal years 2018 and 2019.[1]  As Director, NURU has great influence over contracts and construction projects granted by DPW.  The investigation to date has revealed NURU also uses his position as the director of DPW to attempt to influence other city agencies and officials. Agents have intercepted multiple communications relating to what appear to be a number of gifts and benefits given to NURU in exchange for his influence as Director of DPW, including receiving cost-free or subsidized accommodations and travel to South America and China, and receiving packages of unspecified goods from various individuals engaged in business with DPW.  I believe this evidence shows that NURU has leveraged his position to assist individuals who may benefit him financially, including individuals who provide him with free meals, gifts, and travel, and in return ask NURU to use his official position and influence to assist them with DPW approvals, contracts, and/or other City business

13.   As described below, there is probable cause to believe NURU, along with San Francisco restauranteur Nick BOVIS, participated in a scheme to win a bid for a restaurant lease at San Francisco International Airport (SFO) by bribing and/or paying a kickback to a public official, namely a member of the San Francisco Airport Commission.

14.   The San Francisco Airport Commission is a public agency consisting of members appointed by the Mayor of San Francisco.  Among other duties, the Airport Commission is in charge of contracting with restaurants and other businesses to lease space in the airport.  By law, the process is required to be a competitive bidding process, in which the highest or best responsible bidder is awarded the contract. S.F. Admin. Code for the Airport Commission, § 2A.173.

15.   I believe the facts described below show a scheme by BOVIS and NURU to provide a

---

[1] *See* https://data.sfgov.org/City-Management-and-Ethics/Budget/xdgd-c79v. In FY 2018, the DPW budget totaled approximately $536 million.  This was an increase of over $100 million from FY 2017, when the budget totaled approximately $422 million.  In FY 2019 the total budget for DPW was approximately $525 million.

AFFIDAVIT                                                                        5
FILED ~~UNDER SEAL~~

bribe to AIRPORT COMMISSIONER 1.  The purpose of the scheme was to have NURU persuade

AIRPORT COMMISSIONER 1, who is one of the five members of the Airport Commission and whom

NURU helped obtain a position on the Commission, to vote to select a restaurant affiliated with BOVIS

for an airport lease, and to have AIRPORT COMMISSIONER 1 persuade two other commissioners,

whom BOVIS said vote in a block with AIRPORT COMMISSIONER 1, to vote for it as well.  As

BOVIS explained to a confidential source during a recorded call, in order to win the bid, NURU had

instructed BOVIS to provide $5,000 to NURU for AIRPORT COMMISSIONER 1 as well as a free trip

for AIRPORT COMMISSIONER 1 to the city where the confidential source's company (referred to

below as "Company X") is based.[2]  More specifically, during the recorded call on March 21, 2018,

BOVIS said: "So he [NURU] told me, he goes, 'just give me, between me and you, I didn't want to say

it front of the other people,' he said, 'if you give me like $5,000 bucks cash for her and send her off to

[the city where Company X is based] to meet you guys and I'll get it taken care of.' And I said 'OK.'"

BOVIS then told the confidential source, "So, I'll take care of that and get her out there to you."  I

believe this conversation shows NURU directing BOVIS, in private, to provide a $5,000 bribe and

arrange for a free trip for AIRPORT COMMISSIONER 1 in exchange for help winning the airport

lease.  BOVIS agreed to the scheme when he said "OK."  BOVIS and NURU then took concrete steps to

implement the scheme by arranging a private dinner with AIRPORT COMMISSIONER 1 and bringing

an envelope full of cash to the meeting.

16.  On April 4, 2018, BOVIS met with an undercover employee [UCE] and two confidential

sources at his Burlingame restaurant just prior to their dinner meeting with NURU and AIRPORT

COMMISSIONER 1.  After being asked about the $5,000, BOVIS responded, "Mohammed is real

private about that stuff so don't let him know I said anything… He said just give her an envelope… and

that will be between me and …you know, better no one knows.  I'll take care of that and then I'll work

out with Mohammed on my side, I'm going to do some things for him."  BOVIS then showed the UCE

that BOVIS had a significant amount of cash in an envelope.

17.  As described below, NURU's personal efforts to implement the scheme and his

---

[2] The company is referred to as Company X in this affidavit to protect the identity of confidential sources.

AFFIDAVIT                                                                                     6
FILED UNDER SEAL

incriminating conversations with BOVIS (as relayed by BOVIS to confidential sources and the UCE) are corroborated by phone records that show NURU's repeated contact with BOVIS and AIRPORT COMMISSIONER 1 at the relevant times. His knowing involvement is also corroborated by his attendance at a March 19, 2018 dinner with BOVIS, the UCE, and the confidential sources, as well as his attendance at the April 4, 2018 dinner. During the March 19, 2018 dinner they discussed a plan to make donations to non-profit organizations of AIRPORT COMMISSIONER 1's choosing in exchange for her assistance. Specifically, the UCE asked BOVIS about a comment he made about "giving back to the community" or whether that was a conversation best handled with AIRPORT COMMISSIONER 1. BOVIS responded that he had a nonprofit but he would talk to AIRPORT COMMISSIONER 1. NURU added, "We'll let you know which groups she wants," indicating that he understood any such donations would be in exchange for AIRPORT COMMISSIONER 1's assistance. Before AIRPORT COMMISSIONER 1 arrived at the April 4 dinner, NURU was present when BOVIS, the UCE, and the confidential sources discussed providing AIRPORT COMMISSIONER 1 with a trip in order to secure her support. NURU's knowing participation is further evidenced by his statement to AIRPORT COMMISSIONER 1 later during the same meeting, "we're gonna make this happen for them." When one of the confidential sources discreetly spoke with NURU during the dinner about what they should do with the $5,000 they had also brought for AIRPORT COMMISSIONER 1, NURU – rather than ask the source what he/she was talking about and without any indication that NURU or BOVIS later reported the conduct to law enforcement or other authorities – instead told the confidential source to give the money to BOVIS to put in a safe.

18.     As a public official, AIRPORT COMMISSIONER 1 owes the public a fiduciary duty to provide honest services and to select the best or highest bidder after all bids are submitted in a competitive bidding process. As described in more detail below, there is probable cause to believe BOVIS and NURU planned to bribe AIRPORT COMMISSIONER 1 in exchange for an official act to award the lease to BOVIS and the confidential sources, thereby depriving the public of AIRPORT COMMISSIONER 1's honest services. BOVIS and NURU used wire communications – that is, phone calls, text messages, and emails – to arrange meetings and to discuss the scheme.

19.     On April 5, 2018 (the day after BOVIS showed up to the meeting with NURU and


AFFIDAVIT
FILED UNDER SEAL

7

AIRPORT COMMISSIONER 1 with an envelope full of cash), BOVIS told the UCE that, after the
confidential sources and the UCE left the dinner, he had a discussion with NURU and AIRPORT
COMMISSIONER 1 and offered AIRPORT COMMISSIONER 1 the cash payment he had brought with
him to dinner. BOVIS stated that AIRPORT COMMISSIONER 1 did not want the money. BOVIS also
told the UCE (and later one of the confidential sources) that he no longer wanted to move forward with
the $5,000 payment and that he should not have suggested it. He continued to discus with the UCE,
however, the possibility that the scheme could instead proceed through a kickback payment.
Specifically, instead of an upfront $5,000 bribe, BOVIS could "take care of" things through BOVIS'
licensing fee, which would allow BOVIS to receive a percentage of the money from the restaurant at the
airport, after they were awarded the contract. BOVIS told the UCE that he had already told one of the
confidential sources that he would make his licensing fee 4% instead of 3%, explaining "it's not much
but it's enough to take care of all that… so… and I would have to take, do that myself." The UCE
asked, "Is that already arranged between you and, is that through, Mohammed?" BOVIS confirmed,
"Yeah, yeah… that way everybody is separated, you know." Such a payment would constitute a
kickback, again depriving the public of AIRPORT COMMISSIONER 1's honest services.

20. The scheme agreed upon by NURU and BOVIS, however, never came to fruition after
BOVIS and others became suspicious the UCE was working on behalf of law enforcement. As BOVIS
explained it to the UCE during a recorded conversation on April 5, 2018, "Well, in my brain, what if this
is some sort of FBI sting or something?" Despite apparent concerns about the UCE, and the discussion
of a bribe on April 4, 2018, NURU remained willing to meet with the same confidential sources and did
so again in his office at City Hall on February 13, 2019. During that meeting he again offered assistance
securing an airport concession as well as a lease at the Transbay Transit Center.

**B. Summary of Additional Evidence of Corrupt Intent and Modus Operandi**

21. The investigation to date has also identified additional evidence of the defendants'
corrupt intent and modus operandi. This evidence includes the following additional schemes: (1)
Multimillion-Dollar Mixed-Use Development Scheme; (2) Transbay Transit Center Scheme; (3)

AFFIDAVIT                                    8
FILED ~~UNDER SEAL~~

1  Bathroom Trailer and Homeless Container Shelter Scheme; and (4) Vacation Home Scheme.[3]  I

2  summarize this evidence below and provide additional detail in the sections that follow.

3            **1.**    **Multimillion-Dollar Mixed-Use Development Scheme**

4        22.    As part of this pattern of conduct, intercepted communications show that NURU has

5  attempted to use his official position to benefit a billionaire developer in China who was involved with

6  developing a large multimillion-dollar mixed use project in San Francisco, California.  This individual

7  has been identified by the FBI and is referred to below as DEVELOPER 1. In exchange for travel and

8  lodging, high-end liquor, and other gifts and benefits, NURU admitted to working behind the scenes to

9  use his official position to help DEVELOPER 1 with developing a large, multimillion-dollar mixed-use

10  project in San Francisco.  In NURU's own words, "Yeah this guy [DEVELOPER 1], you know he's, the

11  guy with the hotels, he's been hooking, uh he's the one hooking us up… We don't, yeah, we don't uh we

12  don't um we don't pay any hotel or anything.  They take care of us.  They give us good rooms and good

13  service… [DEVELOPER 1 has] a whole list of things that we need to get done… Oh yeah, but I mean,

14  he doesn't you know, he doesn't give money or anything.  He lets us stay in his hotels and stuff. He

15  makes all the arrangements for us, which is good. And nice places." The corrupt nature of this

16  arrangement was corroborated by an encrypted message sent from NURU to DEVELOPER 1 on

17  November 4, 2018, shortly after NURU had received luxury accommodations from DEVELOPER 1

18  during NURU's stay in China.  The message from NURU stated: "Thank you very much for all your

19  generosity while we were in China. We had a great vacation and my daughter had a wonderful time. I

20  will do my very best to see that your project gets completed. Look forward to seeing you in San

21  Francisco when you come."[4]

22            **2.**    **Transbay Transit Center Scheme**

23

24

---

25     [3] This affidavit is limited to facts believed to be sufficient for the requested Complaint and does not summarize all evidence known to investigators or every potential scheme uncovered by the investigation to date.

26

27     [4] State and local ethics and disclosure laws require officials like NURU to (among other things) report potential conflicts of interest and list the gifts they have received, including meals and travel, every year on a document known as a Form 700.  NURU never disclosed any of the travel,

28  accommodations, or other gifts he received during his 2018 trip to China. I believe this is evidence of NURU's intent to defraud and his desire to hide the benefits he has received from DEVELOPER 1.

23.     As noted above, NURU also serves as the Chair of the Board of Directors for the

Transbay Joint Powers Authority (TJPA). The TJPA was created by a group of public agencies to

oversee, among other things, contracting at the Transbay Transit Center. The TJPA has publicly stated

that leases at the Transbay Transit Center would be evaluated based on a point system, determined by

the tenant's proposed product, experience, financing, local ties, and other similar criteria. Similar to his

efforts in furtherance of the Airport Scheme, NURU appears to have used his position as the chair of the

TJPA to attempt to secure a desirable lease for BOVIS in the Transbay Transit Center in exchange for

benefits provided by BOVIS. As described further below, NURU also pitched investment in the

Transbay Transit Center to FBI confidential sources (in the Spring of 2018 during meetings about the

airport scheme) and indicated he would also help them obtain a lease there. During those recorded

conversations, NURU shared what he described as confidential information about ongoing lease

negotiations. During another recorded meeting at NURU's office on February 13, 2019, NURU

indicated his continued willingness to help FBI confidential sources in a similar manner.[5]

### 3.     Bathroom Trailer Scheme and Homeless Container Shelter Scheme

24.     As the director of the DPW, NURU also has influence or control over DPW's contracts to

purchase portable bathroom trailers. The bathroom trailers are being placed, or are intended to be

placed, in various San Francisco locations to alleviate unsanitary conditions caused by the City's

ongoing homelessness problem. NURU also has control or influence over a project for the City to

purchase tiny container-type portable housing for use by the homeless. NURU has assisted BOVIS with

his bids for these projects by, among other things, providing BOVIS with inside information regarding

both projects. For his part, BOVIS indicated to his business partners that the competitive bidding

process for one of the projects was "just a formality."

### 4.     Vacation Home Scheme

---

[5] During this same meeting NURU also said he was again willing to help the confidential sources with a bid for an airport concession, which indicates he was not discouraged by (1) his previous discussion of a bribe for an airport commissioner with one of the same confidential sources in April 2018 or (2) the fact that the Airport Scheme never came to fruition.

25.     NURU owns a vacation home in Northern California near the Mendocino National Forest on Lodoga Stonyford Road in Stonyford. [6] The home has been extensively remodeled by contractors largely from San Francisco. It is approximately a three and a half hour drive from San Francisco to Stonyford. Currently in San Francisco and the Bay Area, construction and remodels are very common. Local contractors typically have more work than they can handle in the immediate Bay Area. In this economic climate and given the considerable extra expense to a customer, it is remarkable that NURU has contractors from San Francisco driving three and a half hours one way to work on his vacation home. Notably, some of these contractors currently have business with the City and County of San Francisco. One contractor who is sending workers to work on the vacation home, referred to here as CONTRACTOR 1, is the CEO and Vice President of a company that has received numerous contracts with the City and County of San Francisco, including a contract with DPW worth in excess of $2 million in 2018. As described below, CONTRACTOR 1 appears to have received behind-the-scenes support from NURU to resolve issues with a large-scale project to replace sidewalks on Van Ness Avenue in San Francisco. Based on my training and experience, and on intercepted communications, I believe these contractors are working on NURU's vacation home for free or at a subsidized rate so they can continue to obtain contracts with the City and DPW, as well as receive NURU's support in resolving any issues that may arise with existing and future contracts.

C.     **Details of Airport Scheme and Additional Evidence of Corrupt Intent**

1.     **San Francisco Airport Scheme**

(i)     **SFO Contracting Process**

26.     The SFO Airport contracting process is a competitive selection process that consists of multiple steps. During the planning stage, airport staff determine the basic business terms, including type of business, location, length of lease, minimum bid, rental rate, required and optional merchandise or services, operational requirements, and construction/improvement requirements.

27.     A Request for Proposal (RFP) is then issued that describes the business opportunity and

---

[6] Although the home is technically located in Stonyford, intercepted communications show that NURU and other subjects often refer to the vacation home as being in "Ladoga" or "Lodoga" (Lodoga, CA is next to Stonyford, CA). For purposes of this affidavit, I use both Stonyford and Lodoga to refer to NURU's vacation home.

1   establishes the qualification requirements for prospective proposers or bidders with directions on how to

2   submit a proposal or bid. The document also includes the selection criteria that the airport will use in

3   evaluating the proposal. Following the RFP, an Informational Conference is then made available to the

4   public to explain selection process and agreement specifications.

5       28.    The RFP bids are then submitted by mail or in person. The proposals are then evaluated

6   and ranked by a panel using the criteria previously outlined in the RFP. The highest bidder/top-ranking

7   proposer then meets with the Human Rights Commission (HRC) representative and enters into a non-

8   discrimination-employment agreement. The selection process then enters into the final stages.

9       29.    The San Francisco Airport Commission, which is the Airport's governing body, approves

10  the award of the agreement. The Airport Commission is a public agency established by a San Francisco

11  City Charter in 1970.  The Commission consists of five members appointed by the Mayor of San

12  Francisco to four-year terms.  AIRPORT COMMISSIONER 1 is a current member of the Airport

13  Commission. If necessary, the agreement is then approved by the Board of Supervisors and ratified by

14  the Mayor. The successful bidder or proposer then becomes an airport tenant.

15      30.    The SFO RFP process is required by law to be a competitive process.  The San Francisco

16  Administrative Code sets forth the powers and duties of the San Francisco Airport Commission.  Per

17  Section 2A.173, the San Francisco Airport Commission "shall also have sole power, subject to a

18  competitive process and award to the highest or best responsible bidder or proposer to lease out any

19  concession wherein the concessionaire is to be given an exclusive right to occupy space on or in airport

20  lands or buildings."

21          **(ii)**    **BOVIS Prepares Another Bid With CHS-87857 and CHS-87856 For a Restaurant at SFO**

22

23          **(a)**    **The January 24, 2018 Meetings at SFO and Broadway Grill**

24      31.    On January 24, 2018, CHS-87857 and CHS-87856 attended an outreach meeting at SFO.

25  At this time, both CHS-87857 and 87856 were cooperating with the FBI.  As part of this cooperation,

26  they made recordings of telephone conversations and in-person meetings with BOVIS and other

27

28

subjects.[7]

32.     The January 24, 2018 SFO outreach meeting provided information regarding a new SFO concession RFP.  The RFP was for Terminal 1 food and beverage concession leases and included nine separate leases. The RFP and the Informational Conference were intended to "inform interested parties about the competitive selection process for this Concession Opportunity" at SFO.   The criteria were based on the Proposer's concept, design intention, amount and source of capital investment funds, and customer service and quality control. One of the leases, Lease #5, was for a chicken quick-serve restaurant.  As set forth in the RFP, the submittal deadline for proposals was May 2, 2018.

33.     The Terminal 1 Retail Concession Leases RFP specifically prohibited any attempt to communicate with or solicit any City and County of San Francisco elected official, member of the Airport Commission, and/or any other City or Airport Commission personnel, except as instructed by the RFP, with the intent to influence the outcome of the selection process. Per the Terminal 1 Food and Beverage Concession Leases, Request for Proposals, Addendum No. 2 dated January 29, 2018:

> Communication Prior to Lease Award:  From the date this RFP is issued until the date the competitive process of this RFP is completed either by cancelation of the RFP or by final action of the Airport Commission and the Board of Supervisors, Proposers and potential Proposers, and/or their representatives or interested parties, shall communicate with the Airport only as instructed in Part II.2 of this RFP.
>
> Any attempt to communicate with or solicit any City and County of San Francisco elected official, member of the Airport Commission, and/or any other City or Airport Commission personnel, except as instructed in this RFP, with the intent to influence the outcome of the selection process or award of the Lease is prohibited.  Failure to comply with the

---

[7] CHS-87856 cooperates with the government in exchange for consideration in a pending federal investigation of CHS-87856 and Company X.  I am unaware of any indication that CHS-87856 has been untruthful or unreliable in the past. CHS-87856 was previously arrested and charged with Conspiracy to Transport and Sell Stolen Motor Vehicles, Receipt of a Stolen Motor Vehicle, and Trafficking in a Motor Vehicle with Altered Identification Number. CHS-87856 was found guilty.

CHS-87857 cooperates with the government in exchange for consideration in a pending federal investigation of CHS-87857 and Company X.  CHS-87857 has no known criminal history according to federal and local criminal checks.  Although I believe that CHS-87857 has generally been truthful and reliable, another witness has provided information that suggests CHS-87857 did not disclose an incident involving a prior bribe to a public official before CHS-87857 began cooperating with the FBI. Specifically, agents interviewed a witness in June 2018 regarding a separate public corruption case, and that witness stated that CHS-87857 paid for dinners, drinks, hotel rooms, and clothing/sport merchandise for public officials. In return, these public officials shared information with CHS-87857 about a Request for Proposal (RFP) before the RFP was publicly announced and while the public official was writing the RFP. CHS-87857 was later awarded the contract. This happened before CHS-87857 was cooperating with the FBI. CHS-87857 did not disclose this to the FBI.

AFFIDAVIT                                    13
FILED ██████████

communications protocol of this RFP may, at the sole discretion of the Airport, result in the disqualification of the Proposer or potential Proposer from the competitive process.  This protocol does not apply to communications with the City regarding business not related to this RFP.

34.     On January 24, 2018, after the SFO outreach meeting, CHS-87857 and CHS-87856 met BOVIS at the Broadway Grill, BOVIS' restaurant in Burlingame, California.  The meeting was recorded.  At the restaurant, BOVIS, CHS-87857 and CHS-87856 discussed the Terminal 1 RFP and, in particular, Lease #5.  They also discussed submitting a proposal to obtain the Lease #5 concession contract for a branch of the Spinnerie, a restaurant located in San Francisco that BOVIS owns.  BOVIS told CHS-87857 and CHS-87856 that he would ask his resources in San Francisco city government to determine how to guarantee the concessions opportunity at SFO.

35.     One of the "resources in San Francisco city government" that BOVIS identified was Mohammed NURU, the Director of DPW.  Regarding NURU, BOVIS stated, "this guy here, he's head of DPW, he's come through." After identifying another high-level city official, he continued, "...they're all, they're all, on the, so it's all good."  When asked for clarification, BOVIS further explained, "they all work, like, side deals."  BOVIS added, "so that's the ones that you need."

36.     Based upon my training and experience in historic and ongoing investigation of public corruption in the City and County of San Francisco, I believe that the term "side deals" refers to paying bribes, kickbacks, and other favors in exchange for official actions from city officials.

37.     BOVIS told CHS-87857 and CHS-87856 that NURU was "my best guy that come through for me.  He's never failed me.  Like when he said he'd gonna do something he did it."  With respect to the SFO concession contracts, BOVIS said of NURU, "I'm gonna ask him about the airport and I'll get exact details."  BOVIS also said that NURU "knows how to cover his back on all this stuff so it's not a conflict or nothing" and offered to set up a meeting with everyone at the Broadway Grill the next time CHS-87857 and CHS-87856 were in town. Based on my training and experience, I believe when BOVIS said NURU "knows how to cover his back," he meant NURU has possibly concealed illegal activity in the past.

38.     Discussing their previous failed SFO restaurant bid, BOVIS told CHS-87857 and CHS-87856 that he thought having the late mayor involved would be enough to get a public official to award

AFFIDAVIT                                                    14
FILED ████████████

them the bid, but he did not realize how political the process was.  BOVIS said "I thought I did

everything right but I don't know what happened."  He continued, "I thought the mayor was the best I

could do but obviously it wasn't.  See, the problem, in San Francisco too, the politics are just crooked,

you know what I mean? And they can go sideways.  They even undermine the people in charge."[8]

### (b)   BOVIS Arranges for BOVIS, NURU, AIRPORT COMMISSIONER 1, CHS-87856 and CHS-87857 to Meet.

39.    On February 8, 2018, at approximately 9:35 a.m., CHS-87857 made another recorded call

to BOVIS.  BOVIS said the previous night he met with AIRPORT COMMISSIONER 1, and she said

she wanted to go with him personally and thinks she "is going to talk about what she would take to do

it."  I believe such a meeting was a violation of the RFP rules described above, which bar "[a]ny attempt

to communicate with or solicit any ... member of the Airport Commission ... with the intent to

influence the outcome of the selection process or award of the Lease."  In addition, based on my training

and experience, I believe the phrase "what she would take to do it" may refer to the transfer of

something of value as a bribe in exchange for her assistance with the selection of their restaurant for the

airport lease.

40.    In that same call, BOVIS stated he met with a "famous lawyer," who "handles all the

stuff."  BOVIS said NURU, his friend at the head of DPW, arranged his meeting with AIRPORT

COMMISSIONER 1 so he will meet with her privately and NURU said he would "take care of her and

she'll make it happen."  BOVIS said he would ask AIRPORT COMMISSIONER 1 if they needed to get

the lawyer involved since he knows the rest of the commissioners.  BOVIS said he told AIRPORT

COMMISSIONER 1 they want Lease #5 and after that, they may want to meet with the lawyer.  BOVIS

and CHS-87857 coordinated travel plans for late February.  BOVIS said he was going to call AIRPORT

COMMISSIONER 1 to make the appointment and CHS-87857 said he would fly to the Bay Area for the

meeting.  BOVIS encouraged CHS-87857 to research AIRPORT COMMISSIONER 1 and reiterated

that his friend, the head of DPW, apparently meaning NURU, was very close with her.  BOVIS told

---

[8] BOVIS also discussed paying a former elected official to lobby for the airport lease, but expressed concern that it might be too expensive and/or might not be successful.  According to BOVIS, NURU would know what to do to ensure they obtained the lease.

1  CHS-87857 that last night AIRPORT COMMISSIONER 1 told BOVIS to "call me right away."

2  BOVIS told CHS-87857 he would call AIRPORT COMMISSIONER 1 and see what she says about the

3  lawyer.

4      41.    Telephone records confirm the February 8, 2018, call between CHS-87857 and BOVIS.

5  In addition, telephone records show BOVIS spoke to NURU on February 6, 2018 and February 7, 2018.

6  Based on the February 8, 2018 conversation between BOVIS and CHS-87857, and my training and

7  experience, I believe the purpose of these calls was to schedule the meeting with AIRPORT

8  COMMISSIONER 1 and to discuss assistance she might provide regarding leases at the airport. BOVIS

9  also spoke to NURU during a telephone call on February 13, 2018. I believe NURU was the conduit

10  between BOVIS and AIRPORT COMMISSIONER 1 and this call was to request NURU's help to

11  facilitate a meeting with AIRPORT COMMISSIONER 1, CHS-87856, and CHS-87857.

12      42.    On February 22, 2018, at approximately 11:48 a.m., CHS-87857 made a recorded call to

13  BOVIS. BOVIS said he was likely meeting with her [believed to be AIRPORT COMMISSIONER 1]

14  on Tuesday. BOVIS and CHS-87857 spoke about a chicken restaurant's suitability for airports. BOVIS

15  said he was going to set up this upcoming appointment with her and then a meeting after. BOVIS said

16  he would "find out what it takes to do it" and ask her "straightforward" if he needs to hire the attorney

17  "to guarantee it." BOVIS said he was going to ask her direct questions and "get more of a guarantee."

18  BOVIS told CHS-87857 that "she is the shot caller down there." BOVIS stated "his friend" knows all

19  the airport commission members, so they "have maybe four of the seven votes for sure. I just need to

20  work on the other three and uh, I'll see how many anybody else I can get to that knows the other three."[9]

21  BOVIS explained he does not want to do this one like last time when he thought it was done and it was

22  not. CHS-87857 told BOVIS to look into the lawyer and BOVIS said they might need to hire the lawyer

23  "just to cover everything." BOVIS said he would call CHS-87857 after the meeting with AIRPORT

24  COMMISSIONER 1.

25      43.    On February 28, 2018, at approximately 10:19 a.m., CHS-87857 made a recorded call to

26  BOVIS. BOVIS said he had a meeting that night and asked if CHS-87857 had any specific questions for

27

28      [9] Based on the SFO Airport Commission website, the Airport Commission consists of five
members appointed by the Mayor.

AFFIDAVIT               16
FILED

AIRPORT COMMISSIONER 1. CHS-87857 told BOVIS to tell her they wanted Lease #5, the chicken location, and that every time he has tried he has lost, so he wanted to see how she can help. BOVIS added, "What does it take to get it done?" and CHS-87857 continued, "What does she want for it?" CHS-87857 and BOVIS discussed scheduling a meeting for CHS-87857 to meet AIRPORT COMMISSIONER 1 in mid-March. BOVIS reminded CHS-87857 that his friend, NURU, knew all the people on the board. BOVIS said he would "ask [AIRPORT COMMISSIONER 1] about to ensure that I get this done right if I need to hire [the lawyer], or if I need to deal with her, so I'm going to ask."

44.     On March 1, 2018, at approximately 12:40 p.m., CHS-87857 made a recorded call to BOVIS. BOVIS said he took AIRPORT COMMISSIONER 1 to dinner and the meeting went well. I believe such a meeting was again a violation of the RFP rules barring communication with members of the Airport Commission seeking to influence the outcome of the selection process. BOVIS said he explained to AIRPORT COMMISSIONER 1 that they lost the last two bids at the airport. According to BOVIS, AIRPORT COMMISSIONER 1 told BOVIS the Airport Commission normally works in unison, with two commissioners and AIRPORT COMMISSIONER 1, and two other people for a total of five of them, all trying to vote together.  BOVIS said AIRPORT COMMISSIONER 1 was going to research whether there was any opposition, but that AIRPORT COMMISSIONER 1 was in position to find local people rather than a big company.  AIRPORT COMMISSIONER 1 said the person who put them in touch has never asked for a favor and she would gladly do it for them.  Based on previous conversations between BOVIS and CHS-87857, I believe the "person" was a reference to NURU.

45.     According to BOVIS, AIRPORT COMMISSIONER 1 said to ask her any questions but she was confident she could help them secure the lease after she got all the information.  BOVIS told CHS-87857 that AIRPORT COMMISSIONER 1 said, "she'll make sure we get in."  According to BOVIS, AIRPORT COMMISSIONER 1 also said the lawyer was not necessary. BOVIS stated, "This just requires me to take care of, just like I was going to take care of the mayor before, I'll just, take care, I'll do it on my side with the, the head of DPW, the one who introduced us ... so I'll take care of that."  BOVIS said he would schedule a meeting with AIRPORT COMMISSIONER 1 at the Broadway Grill the week of March 19.

46.     Based on my training and experience, I believe BOVIS' reference to taking care of things

AFFIDAVIT                                               17
FILED

on his side with the head of DPW was a reference to BOVIS paying for NURU's assistance, or providing other items of value, in exchange for NURU's help in securing the lease. I believe BOVIS and NURU were therefore working together on a scheme to defraud the public by depriving it of AIRPORT COMMISSIONER 1 honest services.

47.   BOVIS and CHS-87857 then had a series of recorded calls about scheduling a meeting. On March 1, 2018, at approximately 12:52 p.m., CHS-87857 called BOVIS. BOVIS and CHS-87857 discussed scheduling a meeting the week of March 19 at the Broadway Grill. On March 9, 2018, at approximately 9:20 a.m., CHS-87857 called BOVIS. CHS-87857 and BOVIS discussed the status of the upcoming meeting. BOVIS told CHS-87857 he "talked to Mohammed again and she seems thinks she can do it, I just want to have you meet her, talk to her." BOVIS said he was trying to set up the meeting for the 19th, and would confirm later. BOVIS said he had "already told her about the meeting." On March 13, 2018, at approximately 6:39 p.m., CHS-87857 called BOVIS. BOVIS said he was trying to schedule the meeting for March 19 and would contact CHS-87857 when it was confirmed. On March 14, 2018, at approximately 1:36 p.m., CHS-87857 called BOVIS. BOVIS confirmed the meeting was scheduled for March 19 at 6:30 p.m. at Broadway Grill with AIRPORT COMMISSIONER 1 and NURU. CHS-87857 asked to meet 30 minutes to an hour beforehand. BOVIS agreed. BOVIS further said that he thought CHS-87857 should meet AIRPORT COMMISSIONER 1 because he's going to be doing other stuff out there. BOVIS told CHS-87857, "Break through the wall, the barrier. Get you into the airport and after it's done maybe you could get four or five of them in there." Telephone records confirm each of the previously described calls between CHS-87857 and BOVIS on BOVIS' cellular telephone. Based on my training and experience, I believe BOVIS arranged the March 19 meeting with NURU and AIRPORT COMMISSIONER 1 in order to further the scheme to defraud the public of AIRPORT COMMISSIONER 1's honest services.

                    (c)     **The March 19, 2018 Meeting at the Broadway Grill With BOVIS, CHS-87857, CHS-87856, UCE-7982, and NURU.**

48.   On March 19, 2018, at approximately 11:17 a.m., CHS-87857 made a recorded call to BOVIS. BOVIS said he left a message with AIRPORT COMMISSIONER 1 to confirm the meeting. CHS-87857 confirmed the meeting time and said CHS-87856 and a friend who represents a lender

AFFIDAVIT                               18
FILED 

1    would be there. Unbeknownst to BOVIS, and as described in further detail below, the "friend who

2    represents a lender" would in fact be an FBI undercover employee, UCE-7982.

3        49.    Telephone records confirm the aforementioned call between CHS-87857 and BOVIS on

4    BOVIS' cellular telephone. Telephone records further show BOVIS called AIRPORT

5    COMMISSIONER 1 on March 19, 2018, at approximately 11:16 a.m., just prior to the call with CHS-

6    87857.

7        50.    On March 19, 2018, UCE-7982, CHS-87856, and CHS-87857 met with BOVIS at the

8    Broadway Grill. That meeting was recorded. After being seated at a table, BOVIS explained that

9    AIRPORT COMMISSIONER 1 was not in good health and would not be joining them that evening.

10   BOVIS stated that NURU is the head of DPW and is the one who set up BOVIS to meet AIRPORT

11   COMMISSIONER 1. According to BOVIS, AIRPORT COMMISSIONER 1 had told him "Mohammed

12   never asked me a favor with the airport so I'm going to give it to him." BOVIS added that NURU was

13   friends with other members of the commission, mentioning two commissioners in particular, so they

14   could talk to NURU about everything. According to BOVIS, NURU coordinated it all and "she,"

15   believed to be referring to AIRPORT COMMISSIONER 1, was the one who appointed the CEO of the

16   airport. BOVIS explained to UCE-7982 that they did not get the previous two bids because the

17   selections are made at a mid-management level and not high up, such as at the mayor level, which was

18   why last time BOVIS' connection with the late mayor did not work.

19       51.    BOVIS instructed everyone they could be straightforward with NURU and ask whatever

20   they wanted to ask him. BOVIS explained that NURU told him AIRPORT COMMISSIONER 1 and

21   AIRPORT COMMISSIONER 2 work in tandem and always vote together. Specifically, BOVIS said

22   "they have a little system," and "they don't vote against each other." BOVIS explained that there are

23   five commissioners and AIRPORT COMMISSIONER 1 and two other commissioners always vote

24   together so they have the majority. He later continued, "and the other two they play with."

25       52.    BOVIS said NURU knows AIRPORT COMMISSIONER 1 because NURU helped

26   AIRPORT COMMISSIONER 1 get her job at the Airport Commission. According to BOVIS, NURU

27   has been around for over 20 years and has worked in every city department. BOVIS explained that

28   NURU is currently the Director of the Department of Public Works, which he described as "a powerful

AFFIDAVIT                                    19
FILED ▮▮▮▮▮▮▮

spot." BOVIS stated that AIRPORT COMMISSIONER 1 said the chicken spot was pretty easy because AIRPORT COMMISSIONER 1 had looked into the competition and did not see anything yet. BOVIS then stated that they needed to get ahead of the vote because the vote would be decided ahead of time.

53.     BOVIS continued by saying NURU was reliable and they had worked on a couple projects together. CHS-87857 asked BOVIS if everyone could talk "straight out" with NURU and BOVIS confirmed they could and said, "I'm good friends with him." Based on my training and experience, BOVIS was confirming they could speak plainly with NURU about how much they would pay for the favor of assistance with winning the bid, because of BOVIS's level of trust with NURU. CHS-87857 went on to explain they did not want to spend 30-40 thousand dollars on a project and, BOVIS finished the statement by saying, "not get it."

54.     CHS-87857 asked BOVIS if NURU would want something. BOVIS replied that BOVIS would do something for NURU, and that NURU was giving BOVIS more deals. BOVIS stated, "I'll take care of him." CHS-87857 asked about other deals for their group; BOVIS responded that they could talk to NURU about that and BOVIS could be the middleman. BOVIS said they have to be careful but once NURU got to know them, it wouldn't be a problem. BOVIS added, "He just, uh, can't ask you for anything. That's the rules. Like he can't ask you, 'I need this for free.' You need to make the offer." Based on my training and experience, I believe when BOVIS referred to making an "offer," he meant providing NURU something of value for his assistance with securing the lease at the airport or other public sector business opportunities.

55.     At that point, NURU joined the group and they moved upstairs to a more private table. NURU explained that AIRPORT COMMISSIONER 1 could not attend dinner that night because of health issues. BOVIS introduced NURU to CHS-87857, CHS-87856, and UCE-7982, and provided NURU with some background about all of them. NURU then started discussing the Transbay Transit Center, its size, anticipated concession opportunities there, and explained that he, NURU, was in charge of the project. I am aware that NURU is the Chair of the Transbay Joint Powers Authority Board.

56.     NURU explained that AIRPORT COMMISSIONER 1 was a commissioner at the airport and she was disappointed she could not attend the meeting that evening. (Telephone records confirm NURU and AIRPORT COMMISSIONER 1 connected earlier that day by telephone at approximately



3:37 p.m.)  BOVIS explained to the group that they attempted the first location, Lefty O'Doul's, and he did not ask NURU or anyone and he thought it was a "slam dunk." BOVIS later realized the winner had secured a licensing agreement with COMPANY Y so they could not beat them.  NURU added, "those kinds of places are pretty competitive, the politics, but she said she had done some legwork for you. She'll do it." NURU explained that AIRPORT COMMISSIONER 1 had been at the airport for a long time and she said she would help. NURU continued, "I didn't know you had this problem until recently." Based on my training and experience, I believe NURU's reference to "this problem" was the inability to have someone help them secure a lease at SFO.

57.      BOVIS explained that after they lost the first time, the late mayor said he would help. CHS-87856 explained that when they lost the second attempt, they lost a significant amount of time and money. NURU said he understood and BOVIS added, "Yeah, we didn't get through so this time I told them, this time I would try to do it right. That's why I talked to you." NURU replied, "She said she's done some legwork."

58.      NURU continued to tell the group about the Transbay Transit Center and said that at the last board meeting "they" confidentially told him whom they were negotiating with to go into the space. NURU identified the largest space as being for a specific entity, which he named, but said the information was confidential. Based on the context of this conversation, I believe when NURU said "they," he was referring to members of the Transbay Joint Powers Authority Board.

59.      CHS-87856 asked NURU if he knew the group submitted a bid for the Gold Dust to go into the airport a few months prior and BOVIS told NURU that this time they want to take care of the votes ahead of time. NURU said you have to do the legwork. NURU said AIRPORT COMMISSIONER 1 is a very good friend of his and he has never asked her for anything but they do other things together. NURU shared that he and BOVIS met with AIRPORT COMMISSIONER 1 a few weeks ago and she has already done some work on the project for them. UCE-7982 asked if AIRPORT COMMISSIONER 1 could handle everything herself or if they should meet with any of the other board members. NURU said to let her handle that, meaning AIRPORT COMMISSIONER 1, and BOVIS added that AIRPORT COMMISSIONER 1 previously told him that three of the five commissioners work together when voting. NURU explained that it was unlikely they could meet with a commissioner without access

1   because a commissioner would not meet with them "out of the blue." NURU advised to let her, meaning

2   AIRPORT COMMISSIONER 1, do all that work and "if we need to do something she will tell us."

3       60.     BOVIS showed the group photographs of the Transbay Transit Center on his computer,

4   and CHS-87856 asked NURU if there was someone they could contact to learn more about the project.

5   NURU suggested they call "out of the blue" and say they are interested in the Transbay Transit Center

6   and to let him know. NURU said the train has "left the station" but they can try to tell them they just

7   heard about the project. NURU further offered, "If there is a slight window, I can get you in, for sure,

8   because I'm the Chairman for them." Based on the context of this conversation, and based on my

9   training and experience, I believe NURU was saying they were late to be trying to get a location in the

10  Transbay Transit Center, but he was willing to use his position as Chair of the Transbay Joint Powers

11  Authority Board to help the group secure a location.

12      61.     BOVIS also told NURU that he was doing a licensing agreement with the Spinnerie for

13  Lease #5 at SFO, and discussed whether AIRPORT COMMISSIONER 1 has done any "research." The

14  group discussed how busy SFO is and potential tenant spaces. BOVIS suggested UCE-7982, CHS-

15  87856, and CHS-87857 meet with AIRPORT COMMISSIONER 1 and also suggested the idea of

16  AIRPORT COMMISSIONER 1 traveling to the city where Company X is based, to meet everyone.

17  NURU said he had plans to meet with AIRPORT COMMISSIONER 1 later in the week and mentioned

18  he needed to meet with INDIVIDUAL 1 since he helps AIRPORT COMMISSIONER 1. BOVIS

19  confirmed the group would follow up with the Transbay Transit Center and NURU told them to call.

20  NURU asked about everyone's schedule for the following day and BOVIS suggested a tour of the

21  project. NURU provided a contact to CHS-87856 (which CHS-87856 later used to schedule a tour).

22      62.     UCE-7982 asked BOVIS about his comment about giving back to the community or

23  whether that was a conversation best handled with AIRPORT COMMISSIONER 1. BOVIS responded

24  that he had a nonprofit but he would talk to her. NURU added, "We'll let you know which groups she

25  wants." Based on my training and experience, I believe NURU was saying that he and BOVIS would let

26  UCE-7982 know the names of one or more nonprofit organizations to which AIRPORT

27  COMMISSIONER 1 said they should make a donation in exchange for AIRPORT COMMISSIONER

28  1's assistance with the airport lease.  In summary, during this meeting, I believe BOVIS and NURU

were describing a scheme to offer AIRPORT COMMISSIONER 1 a bribe of a free trip to another city

and/or a donation to a designated charitable group in order to deprive the public of AIRPORT

COMMISSIONER 1's honest services in the selection of airport bids.

        **(d)    NURU Tells BOVIS to Provide a $5,000 Bribe for AIRPORT**
                  **COMMISSIONER 1**

      63.    On March 21, 2018, at approximately 11:23 a.m., CHS-87857 made a recorded call to

BOVIS. CHS-87857 thanked BOVIS for the meeting and BOVIS mentioned he was meeting with

NURU and AIRPORT COMMISSIONER 1 on Thursday, March 22, 2018 at 6:30 p.m. BOVIS asked if

CHS-87857 could fly AIRPORT COMMISSIONER 1 out to the city where Company X is based. CHS-

87857 asked how BOVIS thought the meeting with NURU went. BOVIS responded that he thought the

meeting with NURU went well, and stated, "So he told me, he goes, 'just give me, between me and you,

I didn't want to say it front of the other people,' he said, 'if you give me like $5,000 bucks cash for her

and send her off to [the city where Company X is based] to meet you guys and I'll get it taken care of.'

And I said 'OK.'"

      64.    BOVIS then told CHS-87857, "So, I'll take care of that and get her out there to you."

BOVIS also said AIRPORT COMMISSIONER 1 was "fine to talk straightforward to, so it's not a

problem" in order to get some assurances on the lease. Based on my training and experience, I believe

the reference to "$5,000 bucks cash for her" was an instruction from NURU to BOVIS to provide a

$5,000 cash bribe for AIRPORT COMMISSIONER 1, along with a free trip to another city, in exchange

for official acts which would ensure that BOVIS, CHS-87857, CHS-87856 and Company X won the

contract for a restaurant concession at SFO. I believe this constitutes a scheme by NURU and BOVIS to

bribe AIRPORT COMMISSIONER 1 and defraud the public of AIRPORT COMMISSIONER 1's

honest services. In addition, based on my training and experience, I believe BOVIS's comment that

AIRPORT COMMISSIONER 1 was "fine to talk straightforward to" meant they could trust her and

could be direct in their conversation about the exchange of the $5,000 for securing the lease.

      65.    On March 22, 2018, at approximately 12:43 p.m., CHS-87857 made a recorded interstate

AFFIDAVIT                    23
FILED 

1  call to BOVIS. CHS-87857 asked BOVIS to determine AIRPORT COMMISSIONER 1's expectations

2  for the trip to the city where Company X is based. BOVIS replied that he thought it should be a one or

3  two night trip so CHS-87857 and AIRPORT COMMISSIONER 1 could meet, take a quick airport tour

4  to see CHS-87857's operations, and go to dinner. BOVIS instructed CHS-87857 to text him with any

5  other questions for AIRPORT COMMISSIONER 1. BOVIS believed that if the meeting with AIRPORT

6  COMMISSIONER 1 went well, she might provide assistance for other projects. BOVIS told CHS-

7  87857 that when he meets AIRPORT COMMISSIONER 1, he should "be straightforward to make sure

8  we win the vote." Based on my training and experience, I believe when BOVIS told CHS-87857 to "be

9  straightforward to make sure we win the vote," he was instructing CHS-87857 to ask AIRPORT

10  COMMISSIONER 1 how they can be guaranteed to win the vote.

11      66.     Telephone records confirm the aforementioned call between CHS-87857 and BOVIS on

12  BOVIS' cellular telephone. In addition, telephone records show BOVIS' next call on the same phone

13  was to NURU a few hours later.

14

15                    **(e)     BOVIS, NURU, and INDIVIDUAL 1 Meet at the Broadway Grill**

16      67.     Later on March 22, 2018, agents surveilled a dinner meeting at the Broadway Grill.

17  Agents observed NURU and an unidentified male at a table and saw BOVIS join them shortly after and

18  say, "Hi [INDIVIDUAL 1's first name]." The group proceeded to have dinner and BOVIS

19  intermittently showed INDIVIDUAL 1 information on his phone and computer. After the dinner

20  meeting, agents observed NURU and INDIVIDUAL 1 depart the restaurant and enter a silver Mercedes

21  registered to INDIVIDUAL 1 and his business. Agents have reviewed driver's license photographs for

22  the registered owner of the Mercedes, INDIVIDUAL 1, and have determined that he is the individual

23  with whom NURU and BOVIS had dinner.

24      68.     On March 23, 2018, at approximately 1:55 p.m., CHS-87857 made a recorded call to

25  BOVIS. BOVIS stated he met with INDIVIDUAL 1, an architect and associate of AIRPORT

26  COMMISSIONER 1, the night prior. INDIVIDUAL 1 told BOVIS that AIRPORT COMMISSIONER 1

27  had already spoken to INDIVIDUAL 1 about BOVIS' project and explained, "The way it works is that

28  ahead of time they know who is going to win" and "she said she's already been working on it." BOVIS

AFFIDAVIT                              24
FILED UNDER SEAL

1    also said they had discussed meeting with the Director of SFO [SFO DIRECTOR]. BOVIS offered to

2    call NURU to check on AIRPORT COMMISSIONER 1's health issues and schedule a meeting with

3    her. Based on my training and experience, I believe the reference to "she's already been working on it"

4    means that, according to BOVIS and INDIVIDUAL 1, AIRPORT COMMISSIONER 1 was working on

5    securing the votes to ensure BOVIS, CHS-87857, CHS-87856 and Company X won the contract for a

6    restaurant at SFO.

7

8                  **(f)**      **BOVIS Arranges a Meeting with AIRPORT COMMISSIONER 1**

9        69.      On March 27, 2018, at approximately 8:56 a.m., CHS-87857 made a recorded call to

10    BOVIS. BOVIS said he was working on the appointment and CHS-87857 suggested April 3 or April 4.

11    BOVIS said NURU told him AIRPORT COMMISSIONER 1 was home and doing better. CHS-87857

12    asked if SFO DIRECTOR would be at the meeting. BOVIS replied that he was working on it. BOVIS

13    said they could talk "freely" with AIRPORT COMMISSIONER 1, but he was not sure if they could be

14    as open with SFO DIRECTOR. BOVIS said he would call CHS-87857 to confirm the meeting date.

15    Based on my training and experience, I believe BOVIS' reference to talking "freely" with AIRPORT

16    COMMISSIONER 1 meant that UCE-7982, CHS-87856, and CHS-87857 could discuss their desire for

17    the lease and inquire about what AIRPORT COMMISSIONER 1 wanted in exchange for guaranteeing

18    they would win.

19        70.      On March 29, 2018, at approximately 1:25 p.m., CHS-87857 made a recorded call to

20    BOVIS. BOVIS and CHS-87857 were discussing a potential meeting date when BOVIS received a call

21    on the other line. When BOVIS returned to the call, he stated that the call was "perfect timing" and the

22    meeting was confirmed for April 4, 2018 at 6 p.m. at the Broadway Grill. BOVIS stated he would text

23    AIRPORT COMMISSIONER 1 to confirm the meeting.

24        71.      Telephone records confirm the call between CHS-87857 and BOVIS. In addition,

25    telephone records show BOVIS received a call on the same cellular telephone from NURU on March

26    29, 2018 at 1:26 p.m. The content of the telephone call between BOVIS and NURU was not captured,

27    but based on BOVIS' comment that CHS-87857's call was "perfect timing," I believe that BOVIS and

28    NURU confirmed a meeting to discuss the assistance to be provided by AIRPORT COMMISSIONER 1

1   to secure the lease. A review of telephone records also shows NURU called AIRPORT

2   COMMISSIONER 1 just before calling BOVIS.

3       72.     On March 30, 2018, at approximately 9:56 a.m., CHS-87857 made a recorded call to

4   BOVIS. They confirmed the meeting on April 4, 2018 and discussed a potential meeting with SFO

5   DIRECTOR.  They also confirmed the meeting with AIRPORT COMMISSIONER 1 would be at 6 p.m.

6   BOVIS said he would talk to NURU that day and see if he could schedule that meeting.  BOVIS shared

7   that NURU had asked BOVIS what CHS-87857 thought about opportunities at the Transbay Transit

8   Center.  CHS-87857 said they could discuss the Transbay Transit Center at their upcoming meeting.

9   Based on my training and experience, I believe that arranging this meeting furthered the scheme to

10   defraud the public of AIRPORT COMMISSIONER 1's honest services, by creating an opportunity to

11   meet with AIRPORT COMMISSIONER 1 outside the public competitive bidding process in violation of

12   the RFP Rules and also by setting up an opportunity to discuss potential bribe payments in exchange for

13   favorable treatment in the awarding of leases at the transit center and airport.

14       73.     On April 2, 2018, at approximately 12:31 p.m., CHS-87857 made a recorded call to

15   BOVIS.  BOVIS explained that SFO DIRECTOR could not make the upcoming meeting, but that he

16   was "aware of what was going on."  BOVIS confirmed AIRPORT COMMISSIONER 1 would be at the

17   meeting.  BOVIS added that the rooftop space became available in the "Salesforce building" and CHS-

18   87857 could talk to NURU about it. Based on the project description, I know the Salesforce Tower

19   adjoins the Transbay Transit Center, and that the two buildings are often referred to interchangeably.

20
21                    **(g)     The April 4 Meeting at the Broadway Grill Involving BOVIS,
                            UCE-7982, CHS-87856, CHS-87857, NURU, and AIRPORT
22                            COMMISSIONER 1.**

23       74.     On April 4, 2018, UCE-7982, CHS-87856, and CHS-87857 met with BOVIS at the

24   Broadway Grill.  This meeting was recorded.  BOVIS said NURU and AIRPORT COMMISSIONER 1

25   would be joining the meeting.  BOVIS explained that AIRPORT COMMISSIONER 1 knows the vote

26   before they make the decision on airport bids.  UCE-7982 and BOVIS talked about whether payment

27   was needed for NURU and/or AIRPORT COMMISSIONER 1. Specifically, CHS-87857 brought up the

28   $5,000 payment for AIRPORT COMMISSIONER 1 that BOVIS said NURU had previously told

AFFIDAVIT                                    26
FILED ~~UNDER SEAL~~

BOVIS to provide. BOVIS asked, "It's alright to all talk, right?" UCE-7982 said yes. BOVIS replied, "I was going to… you don't need to worry about that. I'll get all that stuff taken care of. I'll do that... I'd like to get this done for you..." BOVIS also said, "I've failed twice so I want to get this one." Additionally, BOVIS said "Mohammed is real private about that stuff so don't let him know I said anything… He said just give her an envelope… and that will be between me and …you know, better no one knows. I'll take care of that and then I'll work out with Mohammed on my side, I'm going to do some things for him." BOVIS then showed UCE-7982 that BOVIS had a significant amount of cash in an envelope. Based on my training and experience, I believe BOVIS was showing UCE-7982 that BOVIS was prepared to make the above-described $5,000 bribe payment to AIRPORT COMMISSIONER 1 as instructed by NURU, and that when BOVIS was saying he would also "do some things for" NURU, BOVIS meant he would also provide money or other items of value to NURU in exchange for NURU's help. I believe that these statements described BOVIS's and NURU's scheme to bribe AIRPORT COMMISSIONER 1, provide items of value to NURU in exchange for NURU's assistance, and ultimately to defraud the public of AIRPORT COMMISSIONER 1's honest services in connection with the airport bid.

75.     At that point NURU arrived, joined them at the table, and started conversing with CHS-87856 and CHS-87857. At the same time, UCE-7982 asked BOVIS how they should approach the money situation. BOVIS replied, "I don't think there is any, um, this would just be the way to do it… it's not for, you have to, you can't take something, to do something for her, like for me… [OV] to do it right, to do it properly. Like, I can't accept [OV]." UCE-7982 asked for clarification and BOVIS responded, "It's just how you word it, right?" They acknowledged it was a delicate topic and BOVIS said they would see what she says.

76.     NURU told BOVIS, UCE-7982, CHS-87857 and CHS-87856 that the Transbay Transit Center rooftop was still available for development. The group discussed an earlier meeting and tour of the Transbay Transit Center. NURU mentioned that over 500 buses would go through the transit center. The group also discussed the possibility for a train station in the future, and that there was potential with Salesforce employees at lunchtime. They continued to discuss restaurants in San Francisco until NURU was alerted that AIRPORT COMMISSIONER 1 had arrived.



77.     As soon as NURU left to meet AIRPORT COMMISSIONER 1, UCE-7982 and BOVIS returned to the discussion about the $5,000 bribe payment to AIRPORT COMMISSIONER 1. Specifically, BOVIS said AIRPORT COMMISSIONER 1 did not ask for anything, no one asked for anything, but NURU recommended they do something for her. He said NURU never asked her for a favor before but she'll gladly do it as a favor so she may not even take anything. BOVIS told UCE-7982, "Let's ask her direct, what are our odds, can you make sure we get the votes, just without anything." BOVIS continued, "And then I'll do that on my own, I think is probably the best way, as a thank you, that's all. If she doesn't accept it, then that's fine. It wasn't asked for though. [NURU] had told me this as a suggestion. [NURU] won't ever take nothing from me neither, never. I give it but [NURU] never asked for anything, so that's the whole, he can never ask but I can offer. That's why I figured I would [UI]." CHS-87856 asked BOVIS if he thought that would work and BOVIS replied, "After direct tonight, you ask her, if, we want to make, we've lost two times and we don't want to, we want some sort of guarantee that we are going to get this one. I'll ask her direct, in front of you. That's why, if she says no problem, but I want you to hear it from her." BOVIS explained that AIRPORT COMMISSIONER 1 controls the board so "if she says yes, and she has three or four of the votes, and they all vote together." BOVIS said AIRPORT COMMISSIONER 1 previously told him three of the five board members vote together. AIRPORT COMMISSIONER 2 may ask her for a favor and they work together or she may ask AIRPORT COMMISSIONER 2 for a favor and they work together. BOVIS told the group AIRPORT COMMISSIONER 1 was nice and they could ask her questions. BOVIS had dinner with AIRPORT COMMISSIONER 1 previously and she told him NURU has never asked her for any favors before so whatever he wants because he does a lot of things for her. AIRPORT COMMISSIONER 1 told BOVIS she got SFO DIRECTOR his job at the airport and BOVIS explained to the group that AIRPORT COMMISSIONER 1 has been around for a long time and is well connected.

78.     BOVIS also explained that AIRPORT COMMISSIONER 2 and AIRPORT COMMISSIONER 1 "always stick together" and AIRPORT COMMISSIONER 1 had previously told BOVIS that no one asked for the chicken place yet. BOVIS suggested they ask her questions and added, "but I'm pretty sure we'd get the chicken place. Ask her direct. We don't want to waste, we don't want to do, don't want to do another RFP if we are going to lose to second place again." BOVIS said they

AFFIDAVIT                                                      28
FILED

1   could explain to AIRPORT COMMISSIONER 1 that they lost money and have lost twice. BOVIS

2   stated that the late mayor promised him and it didn't come through so AIRPORT COMMISSIONER 1

3   may be able to explain why they lost last time. BOVIS confirmed COMPANY Z won the last bid and

4   said COMPANY Z claimed to have it "in the bag" ahead of time.

5          79.    Shortly thereafter, NURU returned with AIRPORT COMMISSIONER 1 and they joined

6   the table. I believe AIRPORT COMMISSIONER 1's presence at the dinner violated the RFP rules

7   prohibiting contact outside of the public competitive bidding process with members of the Airport

8   Commission regarding the selection process for the lease. AIRPORT COMMISSIONER 1 said they

9   want "good people" at the airport and added, "I've got to figure out what your particulars are to make

10  sure they're in place. That's what you have to do, you know, in order to work with me." AIRPORT

11  COMMISSIONER 1 said she got SFO DIRECTOR his job. AIRPORT COMMISSIONER 1 also said

12  she and AIRPORT COMMISSIONER 2 went through the process but knew they were going to choose

13  SFO DIRECTOR.

14         80.    CHS-87857 then mentioned to AIRPORT COMMISSIONER 1 the fact that BOVIS,

15  CHS-87857, CHS-87856, and Company X had lost bids for restaurants at SFO to a COMPANY Y

16  affiliated restaurant, and then to COMPANY Z. AIRPORT COMMISSIONER 1 stated she has to make

17  sure she has everyone on board and will find out who will be on the selection committee. The group then

18  discussed the fact that Lease #5 in Terminal 1 was due in May. AIRPORT COMMISSIONER 1 said

19  she would brief herself on that and "make sure that nobody is already primed for that, ok, so that I can

20  push them out of the way if I have to."   Based on my training and experience, I believe AIRPORT

21  COMMISSIONER 1's reference to no one being "primed" meant that no other group had been promised

22  the contract for Lease #5.

23         81.    CHS-87857 asked AIRPORT COMMISSIONER 1, "How do we get primed?"

24  AIRPORT COMMISSIONER 1 said she would bring SFO DIRECTOR and other people over to

25  BOVIS' restaurant, Spinnerie, on Polk Street, so they can "rave about it." AIRPORT COMMISSIONER

26  1 stated that they are not asking for anything and they have enough complexities and a proven entity so

27  they deserve to be in San Francisco, so she will share that with SFO DIRECTOR. AIRPORT

28  COMMISSIONER 1 asked what happened and BOVIS responded that they "lost to [COMPANY Y] the

1   first time and it was [COMPANY A] came in and... [OV]" AIRPORT COMMISSIONER 1 replied,

2   "Ok, because [AIRPORT COMMISSIONER 3] is very tied in to [COMPANY Y] so that's probably

3   what happened but I didn't know that because I probably could have talked to [AIRPORT

4   COMMISSIONER 3] and we could have worked out a deal." CHS-87857 responded, "Really?"

5   AIRPORT COMMISSIONER 1 continued, "He and um, the guy who has [COMPANY Y],

6   [INDIVIDUAL 2], are like this, they do everything together." CHS-87857 said, "Then they cooked it

7   outside before it came out." AIRPORT COMMISSIONER 1 responded, "Oh, they cooked it outside. I

8   know they did."

9       82.     NURU later said "Let's make sure we work this correctly... after June things will get

10  very crazy... we need to lock this in." AIRPORT COMMISSIONER 1 explained to the group she wants

11  SFO DIRECTOR to be fair since Company X thought they would win the last bid and she is "not really

12  asking for anything that is not right."  AIRPORT COMMISSIONER 1 continued by citing "the fact that

13  Mohammed is asking me" and noted that "he never asks me for anything."  Based on my training and

14  experience, AIRPORT COMMISSIONER 1's reference to "the fact that Mohammed is asking me"

15  indicates NURU had already discussed guaranteeing the concession lease with AIRPORT

16  COMMISSIONER 1 prior to the meeting.

17      83.     There was also discussion about whether AIRPORT COMMISSIONER 1 might be able

18  to arrange to extend the bid deadline in order to give Company X more time.  AIRPORT

19  COMMISSIONER 1 stated, "Stuff can always be pulled from the calendar. You'd rather me pull from

20  the calendar than for them make the wrong decision."  UCE-7982 asked if that was a possibility.

21  AIRPORT COMMISSIONER 1 responded, "It could be pulled from the calendar if there's an issue with

22  it ... if I find that..." BOVIS interrupted and said:  "That the votes aren't going the right way?"

23  AIRPORT COMMISSIONER 1 responded: "oh ... you got to pull it, because we got to fix it."

24      84.     AIRPORT COMMISSIONER 1 said, "I'm going to go back through and look at where

25  we are and what is ready to come up.... I'm going to make sure nothing is in place, that's what I've got

26  to do....  I want to make sure somebody hasn't been promised something, I want to make sure, I might

27  have to threaten them. No really, I don't like the fact that he [pointing towards BOVIS] lost before...

28  you shouldn't be spending any money, no, really, seriously, that's not even necessary... it's got to get

AFFIDAVIT                                    30
FILED ~~UNDER SEAL~~

1  approved." AIRPORT COMMISSIONER 1 said, "I think I got [SFO DIRECTOR] where I want him."

2  NURU then said, "Yeah, [AIRPORT COMMISSIONER 1], we're gonna make this happen for them."

3  AIRPORT COMMISSIONER 1 responded, "Oh, we got to." Based on my training and experience, and

4  based on previous conversations involving AIRPORT COMMISSIONER 1, NURU, and BOVIS, I

5  believe when AIRPORT COMMISSIONER 1 said she thought she had [SFO DIRECTOR] where she

6  wanted him, AIRPORT COMMISSIONER 1 meant she believed SFO DIRECTOR would support the

7  bid by BOVIS, CHS-87857, CHS-87856, and Company X for Lease #5 at SFO.

8     85.   Later during the same meeting, CHS-87856 discreetly brought up with NURU the idea of

9  paying $5,000 to AIRPORT COMMISSIONER 1. CHS-87856 said, "Hey Mohammed, [UI] we have

10  the $5,000 for you said [UI] so that's a start." NURU responded, "Oh, no, no, no, no, no, [UI]." CHS-

11  87856's response could not be heard but NURU stated, "Yeah, I'll call you tomorrow… I want to make

12  sure [UI]." CHS-87856 said, "We want to make sure that we sit down and discuss how we are going to

13  make it happen for both of us." NURU said, "Ok… ok, we're good. [UI]" CHS-87856 stated, "Man, you

14  make me carry $5,000 in my pocket for nothing. [UI]" NURU said, "Man, I did you a favor [OV]… I

15  know, I know, but that's ok. That's ok. I'll have Nick put it in the safe for you." CHS-87856 asked,

16  "Really?" NURU said, "Have Nick put it in the safe for you. He can do that." CHS-87856 said, "Yeah?"

17  NURU responded, "Yeah, he can. Yeah, that way you don't feel like you're, you're, I know how that

18  feels so…" and the two laughed. CHS-87856 said, "So we'll talk next time then?" and NURU replied,

19  "Yeah, yeah, we're good." CHS-87856 said, "Yeah?" and NURU replied, "No, we're good. Yeah. Let

20  [AIRPORT COMMISSIONER 1] get, let's get on with everything else." BOVIS then indicated to CHS-

21  87856 through facial expressions and body language that CHS-87856 should discontinue that aspect of

22  the conversation. AIRPORT COMMISSIONER 1 may have noticed the conversation as she stated,

23  "You don't need to do anything. I mean, please. This is what we're supposed to do… I'm only doing

24  what I'm supposed to do, so I don't have an issue, you don't even need to feed me, this is what I'm

25  supposed to do… this is exactly what I'm supposed to do. And I'm getting old, I've been on that

26  commission for a long time. This is insane."

27     86.   Toward the end of the meeting, CHS-87856, CHS-87857, and UCE-7982 left, so UCE-

28  7982 could get them to the airport. AIRPORT COMMISSIONER 1, NURU, and BOVIS remained

AFFIDAVIT                               31
FILED UNDER SEAL

behind at the restaurant.  As CHS-87856 departed, CHS-87856 told AIRPORT COMMISSIONER 1

how they hoped she could help them.  AIRPORT COMMISSIONER 1 replied, "Oh, I'm going to do

everything I can."  AIRPORT COMMISSIONER 1 and BOVIS then exchanged contact information.

AIRPORT COMMISSIONER 1 did not say her number aloud as BOVIS noticed that he already had her

phone number in his phone.  UCE-7982 asked NURU if they could contact him regarding the Transbay

Transit Center and NURU responded, "Oh, yes. You just tell me what's up. The way I want… just go

through, if you feel like there is a hurdle or something then you tell me and then I'll unblock it."

87.     On April 4, 2018, at approximately 9:01 p.m., CHS-87857 made a recorded call to

BOVIS. CHS-87857 thanked BOVIS for the meeting and BOVIS asked CHS-87857 to put information

together for AIRPORT COMMISSIONER 1 including background on the last two failed bids and details

regarding the place they were interested in. CHS-87857 agreed, and asked if he could provide UCE-

7982 with BOVIS' telephone number.  BOVIS agreed.

**(h)     BOVIS Meets with UCE-7982 on April 5, 2018.**

88.     Later on April 4, 2018, at approximately 9:57 p.m., UCE-7982 sent a text message to

BOVIS.  The message stated the following: "Hey Nick. This is [UCE-7982]. Sorry we had to run out on

you tonight but i had to get them to the airport. Are you available to meet for coffee in the morning to

continue our discussion?"

89.     At 10:06 p.m., BOVIS called UCE-7982. That call was recorded.  UCE-7982 and BOVIS

discussed meeting the following morning in order to continue the discussion from earlier that evening at

the restaurant.  BOVIS explained briefly that he had hopes of expanding his chicken restaurant known as

"The Spinnerie" and hoped to talk to UCE-7982 about it the following morning.  BOVIS stated that he

would call UCE-7982 at approximately 8:30 a.m. the following morning.

90.     On April 5, 2018, at approximately 7:57 a.m., BOVIS again called UCE-7982. UCE-

7982 did not answer the call, but placed a return phone call to BOVIS at approximately 8:14 a.m., which

BOVIS did not answer.  BOVIS sent UCE-7982 a text message at 8:15 a.m., which stated, "I will call

you back in ten minutes".

91.     On April 5, 2018, at approximately 8:06 a.m., CHS-87857 made a recorded call to

BOVIS. BOVIS told CHS-87857 he would take care of everything so it "doesn't get any strange, you

know, for them." He added, "I'll take care of all that with the people." BOVIS said AIRPORT
COMMISSIONER 1 would start working their project after they provide her with information.

92.     Shortly after, at approximately 8:18 a.m., BOVIS called UCE-7982.  The call was
recorded.  During the call, BOVIS explained to UCE-7982 that there was no longer any need to pay
$5,000 to NURU and/or AIRPORT COMMISSIONER 1, as had been discussed over dinner the
previous night.  BOVIS stated that after dinner, he had a discussion with NURU and AIRPORT
COMMISSIONER 1 and offered AIRPORT COMMISSIONER 1 the $5,000 cash payment he had
brought with him to dinner.  BOVIS stated that AIRPORT COMMISSIONER 1 did not want the money
and was going to award the contract of Lease #5 at the SFO airport to BOVIS, CHS-87856, CHS-87857,
and team, simply because it was the right thing to do.  BOVIS apologized for bringing up the subject of
the $5,000 payment and again said it was not necessary.  UCE-7982 asked BOVIS if he still wanted to
meet for coffee that morning.  BOVIS stated he didn't know of a reason to meet unless there was
anything else UCE-7982 wanted to discuss.  UCE-7982 explained that s/he wanted to explain to BOVIS
how s/he had come to meet CHS-87856 and CHS-87857 and do business with them, and some of the
services that UCE-7982 might be able to offer BOVIS.  BOVIS indicated that he would like to have that
conversation.  BOVIS and UCE-7982 agreed to meet for coffee at a Starbucks restaurant located in
Burlingame, California, at approximately 10:45 a.m. that morning.

93.     UCE-7982, BOVIS, and BOVIS' wife, then met at the Starbucks in Burlingame,
California.  That meeting was recorded.  UCE-7982 explained their business and relationship with the
CHSs.  BOVIS stated, "San Francisco is very careful and it's not pay-to-play, you have to know people
and do it correctly."  When UCE-7982 mentioned that everyone was different, BOVIS replied, "Out
here it's about relationships and friends and stuff.  So I've known people for a long time and they are
very good people and [UI] and as long as you work together but they don't expect, a lot of these people
have a lot of money and stuff.  They just need to know that you are a good person to work with and you
are not going to let them down… That's mainly, like, we have all the criteria, we have the San Francisco
brands, we have everything for them, it's just a matter of them, getting in front of the vote."  BOVIS
explained that AIRPORT COMMISSIONER 1 is fine with money and does not need anything and she is
a good person.  He continued, "They do like, there is things I can do, like the restaurant, I can use it to

1  entertain for them and do stuff. That way it is not a direct conflict or anything. They just have to be

2  careful of doing anything that is not right. Their jobs are more important than us." UCE-7982

3  acknowledged BOVIS' concerns and that every situation and every person is different in how they need

4  to be helped. BOVIS reiterated AIRPORT COMMISSIONER 1's position and stated, "I didn't mean to

5  say that about the money. I was just, giving them an example, I would just, she said no, that's not what

6  she wanted. She feels the mayor died, he wanted this done, the last one, and they didn't listen to him. I

7  guess, so, it's funny, when you have a position like that and you ask for a favor, sometimes the guys

8  below them are doing all this hanky-panky stuff. See, if she was involved in the beginning, she would

9  have pulled it and she says she would have gone back and got the votes. I'm not a novice in the area but

10 I've been through a lot of votes and lost a few. So now I know if you want to win, you have to prepare.

11 I'll handle that but if you're backing [CHS-87857] with whatever, the airport financing thing…"

12      94.     This statement by BOVIS was a departure from what BOVIS had previously said about

13 giving $5,000 to NURU, per NURU's instruction, in the recorded conversation with CHS-87857 on

14 March 21, 2018. It also stands in contrast to the April 4, 2018, meeting when BOVIS brought a

15 significant amount of cash in an envelope and said NURU told him to "just give her an envelope… and

16 that will be between me and …you know, better no one knows." Finally, this statement conflicts with

17 another statement BOVIS made to CHS-87857 and CHS-87856 on January 24, 2018 that NURU

18 "knows how to cover his back on all this stuff so it's not a conflict or nothing."

19      95.     Based on my training and experience, I believe the change in what BOVIS was saying to

20 UCE-7982 was likely precipitated by conversation(s) between BOVIS and others, most likely NURU

21 and/or AIRPORT COMMISSIONER 1, regarding suspicions about UCE-7982. As discussed below,

22 this belief appears to be confirmed by subsequent recorded conversations between BOVIS and CHS-

23 87857, and an associate of BOVIS's (INDIVIDUAL 3) and CHS-87857, in which BOVIS and

24 INDIVIDUAL 3 each questioned CHS-87857 about UCE-7982's background. It is possible that

25 NURU, AIRPORT COMMISSIONER 1, and BOVIS discussed those suspicions when they remained

26 behind after CHS-87857, CHS-87856, and UCE-7982 left the restaurant on April 4 to go to the airport.

27 Toll records also show several calls between BOVIS and INDIVIDUAL 3 on April 5, 2018 after the

28 meeting with NURU and AIRPORT COMMISSIONER 1 and after the April 5, 2018 Starbucks meeting

1   with UCE-7982 and BOVIS.

2   96.    During the April 5, 2018 meeting, BOVIS also told UCE-7982 that he has known NURU

3   for a long time and NURU "comes through." When asked about the cash they intended to pay the

4   previous night, BOVIS said NURU did not want anything. BOVIS stated the goal was to get into the

5   airport. BOVIS said if AIRPORT COMMISSIONER 1 said it was still open, "that's all we need to

6   know." If someone were ahead of them, they would have to wait for another location. Regarding the

7   money, BOVIS said, "I don't want to do anything until we get this deal… then that again would be me

8   because they don't feel comfortable doing anything with you." UCE-7982 listed multiple ways to

9   construct payments and BOVIS responded, "That was my mistake. I'm sorry about that. That was sort of

10  my mistake to say that to [CHS-87857] because I shouldn't have… that's what I thought would … I was

11  just going to do a little thank you thing. It wasn't a, like a…"  BOVIS did not complete his sentence.

12  97.    BOVIS said that as far as his relationship with them was concerned, hopefully he could

13  get the deal through that. Later on they can deal directly with them but it takes a while to get to know

14  people. BOVIS reiterated "it had to be a relationship kind of thing and someone can't just come in from

15  the outside." UCE-7982 acknowledged BOVIS' statement but said spending money to guarantee a

16  proposal is "smart business." BOVIS replied, "You're absolutely right but I want to see it to make sure

17  there is a smooth path ahead of us. Not that there is already someone else, like last time, and they are

18  powerful. I don't want to fight that."

19  98.    UCE-7982 said another concern is "a lot of times, the thank yous, they want on the back-

20  end and sometimes that is a percentage, like a two percent fee, or what have you, right. And so, you

21  know, we'd like to try to know that upfront in order to budget that in because at some point the money

22  kind of slides and it doesn't work." BOVIS stated, "I told [CHS-87857], normally it was a three percent

23  licensing fee, so I said this one will be a four, that's all… and then that would take care of all that. So I

24  would handle all, everything." UCE-7982 clarified, "Ok, so you'll be handling everything out of the

25  back-end of your fee." BOVIS stated, "Yeah, that way we don't have to worry about [UI]. But we have

26  to get this job done. So, that's the most important. I think that normally licensing fees range from

27  anywhere from, like, two to eight percent… so we're right in the range so we wouldn't be outside, it

28  wouldn't [UI] your bottom line for anything." UCE-7982 said s/he wrote a pro forma for Company X

1  and that their background is in accounting. BOVIS said, "So with the three million dollar a year

2  whatever, what is it, a thousand [UI] 1300 square feet?" UCE-7982 responded, "It's somewhere in that

3  range, I forget exactly without looking at the [UI]." BOVIS said, "So it has to perform above three

4  million dollars or around there at the airport because you have union contracts… you have, you know,

5  because your price point is high so everything goes up… it's a lot more expensive here in San

6  Francisco." UCE-7982 agreed, "Sure, yeah, and most of the costs are on a sliding scale as the revenue

7  goes up." BOVIS said, "[UI] so in that range you're talking about a whole bunch of licensing fees, it's

8  not a big number. When we are talking 10, 13 million dollar ones, then it's, that makes me happier, but

9  I'm going to provide, I have the, I'm going to send you my package for the concept and I have a plan

10  there [UI] that one too… that's on the outside, [UI] airport. It would be perfect for us to show we have a

11  licensing agreement in the airport, so that helps me too… I'm open to other… I'm flexible."

12      99.    UCE-7982 said, "Ok, so the fee on the back-end, it's making a little bit more sense to me

13  now because, you know, honestly, I thought, if all they are asking for is $5,000, that doesn't really make

14  any sense, right?" BOVIS replied, "That was just me, to take care of things, like, when dinner [UI]… I

15  don't need that, I can get it." UCE-7982 stated, "The percentage fee on the back-end makes sense, that

16  that's what they are looking for. And that is where I can offer companies…" BOVIS offered to find out

17  more and UCE-7982 said he "didn't want to go into it blindly thinking that there wasn't any of that and

18  then get hit with that on the back-end, you know." BOVIS responded, "No. I just told [CHS-87857]

19  upfront before it was four, instead of three percent of the… it's not much but it's enough to take care of

20  all that… so… and I would have to take, do that myself." UCE-7982 asked, "Is that already arranged

21  between you and, is that through, Mohammed?" BOVIS confirmed, "Yeah, yeah… that way everybody

22  is separated, you know." UCE-7982 said, "Well so, you know, where that becomes important is going

23  down the road. If we [UI] them here, you know, I need to kind of be able to factor that in." BOVIS

24  interrupted, "So I don't have to act like a lobbyist." UCE-7982 said it was important so s/he knows what

25  the expectations are.

26      100.    Based on my training and experience, I believe BOVIS was saying he was going to

27  charge a 4% licensing fee instead of his usual 3% fee, that this would not raise any red flags because

28  licensing fees typically range from 2% to 8%, and that he would pay AIRPORT COMMISSIONER 1

(and potentially NURU), with the payment being provided though NURU out of his extra licensing fee percentage in exchange for help with securing the lease. Moreover, in my training and experience, when BOVIS said he would not have to "act like a lobbyist," I believe he meant he would not have to continue advocating for the lease but could rest assured that it was guaranteed.

101.    BOVIS and UCE-7982 also discussed the Transbay Transit Center. BOVIS offered to assist UCE-7982 to "get it through" and instructed UCE-7982 to "make it like it's legitimate in whatever way you can do it." BOVIS added, "Mohammed said he would, that one is not a favor, the airport is more complicated. That one, he runs it, he's on the board and everything."

102.    Based on my training and experience, I believe BOVIS intended this to mean that NURU has more direct control over contracts at the Transbay Transit Center and can more easily award concession contracts to whomever he wishes.

103.    UCE-7982 said s/he would be surprised if "to get to the top deck there wasn't something on the back-end of that" and BOVIS said he would find out. UCE-7982 asked if BOVIS would be interested in putting one of his brands there and BOVIS said, "Yeah, yeah, and if there is some other brand that would work better, I'm ok too, I'm not, you know, here to... I have my other businesses." UCE-7982 said he understood, but BOVIS has "all the connections here" and BOVIS replied, "I'm not a lobbyist. Where I need to make [UI] connections [UI] I want to work with them in the airport.... That is my main focus."

104.    BOVIS offered to contact AIRPORT COMMISSIONER 1 and let UCE-7982 or CHS-87857 know the status of the airport lease. BOVIS said, "I would never not do it right, I just want, I don't need any help with that. I should not have said anything about that. I'll take care of that side, I'll be the, it makes her more comfortable." BOVIS said, "I can't guarantee anything because last time I thought it was in the bag and it wasn't." UCE-7982 asked if people were taken care of ahead of time, and BOVIS replied, "No, but it wasn't necessary. It was just like a..." UCE-7982 added, "It's almost always necessary. It's a surprise when it's not, put it that way." BOVIS said, "[UI] was based on results. I don't like to promise something I can't do, so, I can't, like, I don't, [AIRPORT COMMISSIONER 1] is not my good best friend. Mohammed I know well so I have to make sure [AIRPORT COMMISSIONER 1] [UI] this is the closest I've come to the airport, now, with her, so that's the closest

I can get. I mean, the mayor is farther away from, the airport was like Siberia to, the, you know." UCE-7982 said he imagines the mayor may have pull at the Transbay Transit Center. BOVIS replied, "Oh, definitely. Mohammed is in control of it, so that's a different story… that's a, he tells you do this, do that, it's done, deal. He's not going to not come through for that… that's an easy one. But the airport is, the new person, and I have to know, I just need to know from her [UI]. I'm worried she's older, you know, and you forget when you're older. I don't want to promise you guys, 'Hey, I got the deal done' so I need to be, hear from her that there is nobody in the way, let's do it, and I'll feel real comfortable with that."

105.    BOVIS' wife added, "I think what happened in the past was Nick feels like 'I don't want to promise anything that I don't know what is going to happen.' Like the last two, he thought for sure, again the mayor and nothing happened. But they didn't want anything from him. They didn't want anything to secure it. And they're saying, and I get what you're saying, if you have some security at the beginning, then you feel like it's going to go through. He can't promise that because already two times it did not go through. And now this time there is a difference."

106.    BOVIS stated, "Last time I put up money for a campaign, I did it through some site, it was…" BOVIS' wife added, "and it didn't work but you didn't know that the mayor…" BOVIS said, "I put up the money upfront… I put up 15 last time." BOVIS' wife said, "… they said for sure. I remember him saying it's a sure thing. Don't worry, don't worry."

107.    BOVIS' wife added, "this time like Mohammed said, 'Why didn't you talk to me? What did you go to the mayor for? You should have been talking to me.' Mohammed told him, 'He didn't know, he is [UI] mayor.' So there's, now, so this one, I would think, I would be shocked if it doesn't go through to be honest with you. There is no way this isn't going to happen this time. If it doesn't I'd be, because it's just been too many times and this is the third one and now Mohammed is going to, you know…" BOVIS finished, "Yeah, he's involved directly." Based on my training and experience, I believe BOVIS and BOVIS' wife meant that NURU has more ability to get contracts pushed through the airport via his connection with AIRPORT COMMISSIONER 1 than BOVIS could in the past solely through BOVIS's connection with the late mayor.

108.    BOVIS told UCE-7982, "This is just regular business and we'll find out about the airport.



1   As far as the transit one, I'll ask him what is required for that but it's very, it's not a big deal." UCE-

2   7982 said, "So, I mean, I can't imagine that you'd be looking for a percentage on this, right? At the

3   airport? But not anything like Transit Center? Like, that's a bigger, kind of, more complicated [UI]."

4   BOVIS said he would "find out but I don't think, yeah, can do a one-time thing. But I can handle that,

5   like, I'll be the lobbyist… I don't know if I need to get a lobbyist license or anything… whatever. I don't

6   want to do anything wrong or anything." UCE-7982 explained that sometimes people look for an equity

7   stake and gave examples and BOVIS asked if s/he knew "how to make that work all properly, right?"

8   UCE-7982 confirmed. BOVIS replied, "I want to do everything right so let's, I've never done [UI] or

9   straightforward, like, business." UCE-7982 explained, "So they're not really offering anything, it just,

10  you know, when it all comes out on paper, you know, it legitimizes everything on paper, you know what

11  I mean? It takes the stink out of it."  BOVIS replied, "Yeah, no, we don't want to do that. I'll see if there

12  is, I have another company we can buy a couple shares or something…" UCE-7982 explained that

13  companies could be created to send, for example, consulting invoices, which can then be paid through

14  the normal course of business. BOVIS commented, "So you're saying you can help us set up legitimate

15  ones, that way of doing it." UCE-7982 said yes and BOVIS replied, "Yeah, that would be better."

16        109.    UCE-7982 described that the $5,000 payment could be hidden as an entertainment

17  expense. BOVIS apologized again for telling CHS-87857 to bring $5,000. UCE-7982 thought the trip to

18  the city where Company X is based may have been a helpful thing to do and BOVIS explained he

19  thought of the idea so AIRPORT COMMISSIONER 1 could see Company X's operations. BOVIS said

20  he wanted "to keep everything clean as possible, you know, because I'm, and you too, we don't want

21  anybody to get in trouble for anything that is not right. So we always … if you know how to do it

22  correctly, like, if you know how to do a thing where it's not a, whatever you want to call it, service."

23  BOVIS continued, "But, see, we just met right now so I don't want to get, start talking about things that,

24  I'm going to take money [UI]… so I have to make sure that I don't get in trouble or do anything wrong,

25  so, yeah, I just want to get this thing in the airport."  UCE-7982 acknowledged his statement and said

26  those were the services that could be offered. BOVIS' wife referred to this as "creative accounting."

27  Based on my training and experience, BOVIS, his wife, and UCE-7982 were referring to the need to

28  cover up the payments by creating a fake consulting agreement, or a fake purchase of stock, in order to

AFFIDAVIT                                    39
FILED UNDER SEAL

1  avoid detection by law enforcement.

2    110.   BOVIS said, "Just give me a little while for me to feel more comfortable and then we can
3  do whatever we want to do. Just takes, I just need to be careful not to make any mistakes. I don't want to
4  promise anything I can't deliver... I just want to get this one thing here done, whether I lose a little
5  something something it's not important but I want to produce this one and from there we can build a
6  relationship..." BOVIS continued, "As far as helping you guys, I like to introduce you to people, I don't
7  have to make money during the deals but I'd like to get this one, my brand, in the airport. Then after that
8  if I can connect you to people who can help you at the airport, I'd rather do that too... So that would be
9  my goal, I wanted [CHS-87857] to get involved with them, get to know all of them and stuff, that way
10  he has, because you are going to be doing other stuff at the airport too..." UCE-7982 said s/he was
11  grateful BOVIS organized the meetings.  BOVIS said, "To be honest with you, Mohammed does favors
12  for people all the time and gets nothing out of it, so it's not uncommon."

13    111.   BOVIS said he would make sure AIRPORT COMMISSIONER 1 has a "green light" and
14  then he will feel comfortable and said, "I'll handle that part of it." UCE-7982 asked BOVIS if "that" was
15  going to NURU, AIRPORT COMMISSIONER 1, or split, and BOVIS replied, "I'd rather just deal with
16  Mohammed, he's my friend." BOVIS requested UCE-7982's help to design a consulting structure and
17  said he would check with NURU to see if he has an existing company, adding, "he is very cautious, he
18  has, he's never, he said no one ever, he doesn't take money, but sometimes we can do it to a cause, or
19  something, yeah, maybe like a nonprofit or something... I can ask him. I've got to be real careful about
20  that kind of stuff because of the position he is in." UCE-7982 said, "A donation to a charitable cause is a
21  pretty easy expense to put on the books, you can pay [UI]. If he's looking for that one percent fee, was it
22  one percent he was looking for, right? Is that the bump from three to four?" BOVIS confirmed. UCE-
23  7982 continued, "So if that's where it gets a little more complicated, if it's going direct to someone,
24  sometimes it has to do one of these, you know, to get to somebody, so construct that 'creative
25  accounting,' right? But if he wants it to go to a charitable cause, that's pretty easy to do. But you know,
26  that usually doesn't get to him, you know." BOVIS said he would find out what NURU wants and if it
27  matters to him. BOVIS stated, "I came up with the idea of this whole four percent thing for me and I
28  would handle anything I need to do with him, you know, that was the simplest way. But if we are going

AFFIDAVIT                                        40
FILED UNDER SEAL

1   to do something in the future with others, then I don't know if he can do that or not, it might not even…"

2   Based on my training and experience, I believe BOVIS was explaining that the easiest idea would be to

3   just pay NURU directly out of BOVIS' licensing fee, for NURU to give to AIRPORT

4   COMMISSIONER 1, but in the future, he was not sure if that arrangement would work for channeling

5   payments through NURU for others.

6        112.   UCE-7982 explained that if the payments were discovered, it could cause trouble for all

7   involved, including BOVIS, NURU, AIRPORT COMMISSIONER 1, CHS-87857, CHS-87856, UCE-

8   7982, and UCE-7982's lender. BOVIS said he needs to know more about UCE-7982 and will feel more

9   comfortable letting UCE-7982 handle that. UCE-7982 explained that being straightforward is easier than

10   speaking in riddles. BOVIS replied, "Well, in my brain, what if this is some sort of FBI sting or

11   something?"

12        113.   BOVIS then said, "my friend was looking [UI] companies [UI] and they can talk direct."

13   BOVIS reiterated he does not want to "do it wrong" and NURU does not want problems. BOVIS shares

14   his relationships "always do it for favors, I never do it for profit or anything, so that way I'll never be in

15   trouble… but the other thing is that, it concerns my brand and stuff, and I want to do everything right.

16   But to be honest with you, like the airport deal, it's not really a pay-to-play thing because it's, she, we

17   have brands that, like I was telling you before, I have a legacy bar, I have the old, historical… the Gold

18   Dust in the Lefty O'Doul's, this are famous institutions that deserve to be in there, just like the other

19   ones. The other ones got in there however they got in there, you know, that aren't that. There are other

20   ones that are, like the Buena Vista is a legitimate historical thing in San Francisco. Then you see some

21   other brands that aren't really San Francisco brands in the airport, so, however the professionals do it,

22   like, your, another brand comes in and they hire the people to go smooth the way, however it's done, I'll

23   follow those guidelines, fine. So if this is standard business practice, that's fine."

24        114.   BOVIS told UCE-7982 that he now understood things more clearly and "it was

25   uncomfortable for me to talk anything that's not, like, [UI] with someone I don't know because I don't

26   want to get in any trouble or do anything… I'd like to do everything right so if you're familiar with the

27   way those things work, I'm glad to work with you." BOVIS apologized again for mentioning the $5,000

28   and said he told CHS-87857, "I was going to do that myself, you know, and she didn't even accept it

anyway… no, she [UI] she ended up calling me back and to be honest with you, believe it or not, some people do stuff [UI] because they think it's the right thing to do too, you know? I know that sounds a little far-fetched but it is true… I've done things, I really have a lot of time and money to helping the Chinese hospitals for the city and these people do believe in community, you know? In the business world you don't really believe in that." BOVIS continued, "I just wanted to be careful how I presented it because if you say you are going to do this for that, you're in the danger zone. But if I say this for, you know, benefit for that, that's ok. It's just how you word it."

115.    In my training and experience, I believe BOVIS was telling UCE-7982 that they needed to be careful with their language in order to retain a plausible basis to deny that their payments were made in exchange for official acts.

116.    On April 6, 2018, at approximately 3:39 p.m., CHS-87857 made a recorded call to BOVIS. BOVIS told CHS-87857 that he spoke with NURU and others and they want to do the project for them and there is nothing involved where they need to help. BOVIS thought UCE-7982 was aggressive with money and BOVIS stated it was not necessary at that level. BOVIS stated it was his fault for mentioning the money and it was his idea, not something NURU needed, and BOVIS wanted to "make sure I don't get anyone in trouble or something." BOVIS said, "They don't need any, you know, money up front or anything like that. I thought that would help but it's not necessary." BOVIS said it was a mistake he mentioned the money idea and that he should have never said that "because it gets a little weird" and they "have really big positions." BOVIS added, "You know, I take them out to dinner and do stuff like that, that's all. You know, normal business stuff is fine. They like that." The conversation concluded with BOVIS asking CHS-87857 questions about UCE-7982 and explaining his concerns.  This conversation stands in contrast to BOVIS's statements to UCE-7982 about providing a payment to NURU on the "back end" that would be deducted from his licensing fee.  In my training and experience, I believe BOVIS had become worried CHS-87857 and UCE-7982 might be working with law enforcement, and wanted to cover his tracks by claiming no payment would be made.

### (iii)    BOVIS Distances Himself From UCE-7982

117.    On April 10, 2018, at approximately 10:32 a.m., CHS-87857 made a recorded call to INDIVIDUAL 3. INDIVIDUAL 3 stated he had been speaking with BOVIS and would like some

background on UCE-7982. INDIVIDUAL 3 mentioned that the source of the money is always a concern because he wants to make sure it's clean money. INDIVIDUAL 3 also stated that he was concerned about UCE-7982 because UCE-7982's holding company is very new and was formed as of this year, and CHS-87857 said they had worked with UCE-7982 for about a year. INDIVIDUAL 3 said he would ask UCE-7982 questions, "[b]ut I was just concerned because I want to make sure that, you know, we have worked with you last year, and as we are going forward here, I want to make sure, you know, this is a new person that was interjected. And Nick was having some hard time trying to explain who he is, what he is, what his role was. But I understand very clearly the private equity issue. I understand the funding issue from the banks very clearly. I just want to get, kind of, a grip on [UCE-7982] here and his company..." INDIVIDUAL 3 said he would call UCE-7982 but he wanted to speak with CHS-87857 first.

118.    INDIVIDUAL 3 summarized the information CHS-87857 provided regarding UCE-7982. CHS-87857 asked if there was a problem and INDIVIDUAL 3 said they were checking because they looked into UCE-7982's information and couldn't find anything.  For example, his company was filed this year, the company was brand new (which would make sense if it was a private family) his telephone number was cell phone only, there was no office number or office number on the website, and his website was brand new.

119.    INDIVIDUAL 3 stated, "It's kinda like an invisible person and I wanted to know a little more about him." INDIVIDUAL 3 again referred to UCE-7982 as an invisible man and said his "greatest suspicion is that his telephone number is a pre-paid cellphone number with a billing address in [out-of-state city] to an apartment complex with no apartment number... so that means no bill is mailed, he just reloads the phone with a private, reloads the phone when he needs to have service. And that's my biggest concern." INDIVIDUAL 3 said BOVIS was nervous and asked, "Who is this guy?" Based on my training and experience, I believe INDIVIDUAL 3 was concerned that UCE-7982 was not who s/he claimed to be, and was concerned that UCE-7982 might be working for law enforcement.

120.    INDIVIDUAL 3 continued with his concerns and told CHS-87857 they had a private investigator look into UCE-7982. INDIVIDUAL 3 will speak with UCE-7982 with BOVIS and wants "to be sure of what we got coming in, and that it's all, you know, legitimate, and, you know, done above

board, and legally and all that stuff. So, that, um, which is my focus." INDIVIDUAL 3 said BOVIS came to him and said "Hey [INDIVIDUAL 3], I met this guy and I ran out the company, and it doesn't seem to be there." BOVIS wanted to know a little more about him because he was a bit pushy and intense. Per INDIVIDUAL 3, BOVIS said to himself, "Hey, what is this? I need to know more and be more comfortable with him." INDIVIDUAL 3 said he would call UCE-7982 and ask him about his business, which he did on April 13, 2018.

121.    On April 18, 2018, at approximately 1:00 p.m., CHS-87857 made a recorded call to a conference call line with BOVIS and INDIVIDUAL 3 already on the line. CHS-87857 asked for an update and BOVIS said AIRPORT COMMISSIONER 1 has not called back and said they ran out of time. Also, UCE-7982 was concerning them.

122.    BOVIS stated, "In order to do this airport thing, you have to show the finances, and he's as a broker, whatever he's doing, he's not even a legitimate business. He has no, he's a, he's a ghost. There's no, he just has a recently new number, a new domain name, a new email. Just created in March. So it's sort of hard to, we're going to waste our time if we go before the airport with him as our finance." CHS-87857 explained he was not concerned about the finances and bidding process.

123.    BOVIS replied, "This [UCE-7982] guy got me nervous, the way he was doing this. I just don't feel comfortable working with him. I'm sorry about that but he's uh, like, fake business card, fake things, started asking a lot of questions, made it seem a little bit squirrely." CHS-87857 said he would still like to work with BOVIS.  BOVIS responded, "Yeah, me too. So if we can do it without him, but I'd like to know more, a little more about him just to clear the table, because this guy came out of the blue, from nowhere, and no, he doesn't exist. So it's a little frightening to work with someone who is like that."

124.    CHS-87857 asked INDIVIDUAL 3 if he researched UCE-7982. INDIVIDUAL 3 said he did. "He did call me, because I called him and left a message. When he talked to me I asked him where are you located, where's your business office? He didn't want to give it to me, he said 'I'm in Florida but I'm never there.' I asked him, I said, 'what's the source of the funding?' I asked him if he was a placement agent; and he got a little upset by that. I said where's your funding coming from, and then he says 'a private, a wealthy private family in Florida.' And I asked him, I said 'ooh, great, would you be

1  willing to share that information?' He says 'no they want to remain anonymous.' So, you know, I was

2  trying to, because I want to verify who he is, you know, we're very concerned reputation-wise that

3  money would be coming from you know, a cartel or any situation like that, and he just, kept, more

4  saying 'I don't know you, I haven't met you, where did you come from, who are you?' those kind of

5  things to me. And I explained that [BOVIS] and I work together on other projects and we're partners

6  and [BOVIS] had asked me to look into him. And I wanted to get more information. So we know his

7  website was opened in March in [another city] and in fact it was opened after [BOVIS] had first met

8  with him, and the phone is, according to the private investigator, the phone is like I told you before is

9  just one of those pre-loaded phones. We can't, the investigator's databases couldn't find on the

10 information they had, could not find a location for that company or anything listed for [UCE-7982]. And

11 basically, he's a ghost. If we had a social security number, or a driver's license number, or date of birth

12 we could probably do a lot more." BOVIS added, "Or the name of the business." INDIVIDUAL 3

13 continued, "Yeah, what is the real name of the business? And where is it registered as a business?"

14      125.   CHS-87857 said he would contact UCE-7982 to see if he can respond to their questions.

15 CHS-87857 asked if there was still room for an extension. BOVIS replied, "Yeah, I believe I can do

16 that, if it's just with us. But if you could do me one favor just to clear this up, all we need, is like, do you

17 have a number you've talked to him before from, like an old another phone number before he got this

18 number, or an email or anything, like, how you met him or anything like that?" CHS-87857 said he

19 would get BOVIS that information and BOVIS said, "then I'll work on extending it… I'll work on

20 trying to extend the thing for at least three weeks." CHS-87857 asked BOVIS and INDIVIDUAL 3 what

21 information they wanted. INDIVIDUAL 3 replied, "Who are we dealing with is the issue. And that's

22 what was the concern. I have not met him, so … that was the concern." BOVIS added, "You can do your

23 money thing. But we need to clear up it's not like we said some kind of funny money or something,

24 because we have to go into the airport you know it's the government and we don't want to get any

25 problems with that, that's all." CHS-87857 said he would contact UCE-7982 and asked BOVIS to

26 determine the status of the project. BOVIS said he would do that and stated, "If you can just find out

27 about that and make us a little more comfortable with what happened with him. Got a little worried,

28 that's all."

126.    On April 23, 2018, at approximately 1:49 p.m., CHS-87857 made a recorded call to BOVIS. BOVIS told CHS-87857 that INDIVIDUAL 3 was also present during the call. CHS-87857 asked about INDIVIDUAL 3's recent text and the status of the lease. BOVIS said "we have a really good chance of doing it" but they can't extend the May 2 deadline. CHS-87857 was disappointed because they missed the opportunity and said he is going down to Florida to check out UCE-7982's address. BOVIS stated he was concerned about UCE-7982's address, the "throw phone from, you know, Metro PCS," and that the domain name was recently created. CHS-87857 said he would obtain information and provide it to BOVIS. BOVIS was appreciative because he wanted to know whether UCE-7982 is legitimate businessperson and stated, "it gets a little squirrely when you know, when we deal with someone who's, uh, going to be a ghost." BOVIS stated he will definitely work with CHS-87857 on the next RFP, and if he can qualify UCE-7982 they'll work with him too, but right now it's a "little strange." BOVIS apologized but said to work with people they need to know they are "all right."

127.    On April 27, 2018, at approximately 7:02 a.m., CHS-87857 made a recorded call to a conference call line with BOVIS and INDIVIDUAL 3 already on the line. CHS-87857 said he met with UCE-7982 in Florida and described his office space. CHS-87857 said he was comfortable with UCE-7982 and s/he answered a lot of the questions BOVIS and INDIVIDUAL 3 had. INDIVIDUAL 3 stated that BOVIS was uncomfortable with UCE-7982 and asked, "Who really is this guy? What is his history and who does he represent?" CHS-87857 explained that UCE-7982 worked like an account representative for multiple wealthy families. BOVIS was concerned because he was not registered and that there was nothing in UCE-7982's name.

128.    CHS-87857 said he was disappointed because it was too late for this RFP, but said he was interested in working with BOVIS and INDIVIDUAL 3 either with UCE-7982 or with traditional financing. BOVIS said he felt uncomfortable and INDIVIDUAL 3 said that although he did not meet UCE-7982, he had a short conversation with UCE-7982 and believed s/he was not forthcoming. BOVIS told CHS-87857 that "working with you has been a pleasure, I mean, and I want to do it. I just got a little worried with [UCE-7982], that's all."

129.    BOVIS said it was not his business if CHS-87857 wanted to work with UCE-7982 but that he, BOVIS, did not feel comfortable working with UCE-7982 because UCE-7982 was not licensed

1  or registered as a placement agent. (This stands in stark contrast to BOVIS' previous concern that he

2  expressed to the UCE on April 5, 2018, that it might be part of an "FBI sting.") BOVIS said they would

3  see whether Lease #5 got postponed for now, or if they would wait for the next one, but he still felt

4  uncomfortable about UCE-7982.  INDIVIDUAL 3 said the current situation is that UCE-7982 should

5  never have come out to San Francisco, and that UCE-7982 acted in a manner that caused BOVIS to

6  become suspicious, which led to them discovering that UCE-7982 "has no footprint."

7       130.    CHS-87857 responded that if they were not comfortable they did not have to use UCE-

8  7982.  INDIVIDUAL 3 said the headline risk was that if there was a deal at the airport and UCE-7982

9  was financed by the president's family, it would be big news. INDIVIDUAL 3 further explained that

10  they did not want it to be cartel or organized crime money either.  CHS-87857 said he did not think any

11  of that was an issue and asked BOVIS to talk to AIRPORT COMMISSIONER 1 to identify the next

12  opportunity so they can get a head start.  BOVIS concurred.

13   

14           **(iv)    Renewed Contact: NURU Meets with the Confidential Sources in his Office**

15       131.    Notably, the confidential sources renewed contact with NURU in February 2019 and

16  NURU agreed to meet with them.  After CHS-87857 texted NURU about setting up a meeting to discuss

17  business opportunities in San Francisco, NURU responded and suggested CHS-87857 meet NURU in

18  his office in San Francisco City Hall. NURU met with CHS-87856 and CHS-87857 on February 13,

19  2019 inside NURU's office, which is inside the Department of Public Works office suite in City Hall.

20  The meeting lasted approximately forty-five minutes. Based on my training and experience, I believe

21  this shows NURU had not withdrawn from the SFO Scheme by the time of the April 4, 2018 meeting

22  (discussed above) and was not bothered by the discussion of a bribe with one of the confidential sources

23  on that date. If he had objections to bribing a public official, I believe NURU would not have agreed to

24  meet with the confidential sources again, and certainly not in his office in City Hall.

25       132.    During the meeting CHS-87856 and CHS-87857 asked how they could expand their

26  business in San Francisco, specifically as to the San Francisco Airport and the Transbay Terminal. CHS-

27  87857 said he talked to the executive director and a real estate person regarding the Transbay Terminal

28  and NURU said CHS-87857 should continue to talk to the real estate people "because they're the people

AFFIDAVIT
FILED ███████████        47

that are handling the leases and spaces...that's who we hired to do that." NURU said he does not run the day-to-day operations of the terminal, but "if you need help, I will call [TJPA EXECUTIVE 1] and say 'Hey, you know, help these guys' or or 'what's going on, why can't they get what they want?'" When CHS-87857 asked "So you get in there? You can help?" NURU responded "A little bit, yeah, if it's there."

133.    When they discussed possible airport concession contracts, NURU said he had another possible contact at the airport, rather than AIRPORT COMMISSIONER 1, because he had not seen AIRPORT COMMISSIONER 1 except for at one event recently. CHS-87857 said "the airport is our main focus, right? And we wanted to kind of talk to you and see if you can, there's anybody you can send us to, or if there's anything that you can do to help us just get back into that, into the winning circle over here. You know, I know they [new concessionaire bids] are going to be coming up. I know there's going to be opportunities coming up." NURU cut off CHS-87857 and said "so let me know when you." CHS-87856 then cut off NURU and said "We need to plan before." NURU responded "I know, but when it comes up...you need to know what you're doing and follow it...the good thing about this city is we're transparent, so I guess you know what's happening."

134.    Later in the meeting, CHS-87857 said he needed "someone on the ground here to kind of help us with local brands, so we need to hire somebody. Do you have any, a good person we can hire, uh, that can be our eyes and ears down here...like our consultant down here?" NURU responded "Yeah, you know, I kind of know what you need, but I need to." CHS-87857 then said he would send NURU some information on his business and NURU responded "Then I can figure it out, like...'cause I want to get somebody who you can trust." Later in the meeting NURU reiterated this and said "Let me get you the right partnership." When CHS-87857 asked where he should send NURU his business information, NURU responded "personal email" and provided his personal email address. Based on my training and experience, the context of this meeting, and the prior contacts between NURU and the confidential sources that involved discussion of a $5,000 bribe, I believe NURU was telling CHS-87856 and CHS-87857 that they needed to hire a consultant who they could trust because that person might have to provide benefits or pay bribes to officials in order to get certain city contracts. Furthermore, I believe NURU was trying to conceal his involvement with CHS-87856 and CHS-87857 from public disclosure

laws that applied to his official email address because he knew he should not be involved in this kind of conduct and, for that reason, was instructing the confidential sources to use his personal email rather than an official government email that would be subject to public disclosure.[10]

135.   Toward the end of the February 13 meeting, CHS-87857 said "next time we gotta make sure to go out to dinner" and NURU responded "no, we will, yeah, it's just, we have to book way in advance, that's the problem...I wanted to go, and you know, it's like God man, I can't figure it out. It's been crazy. I've been up since seven o'clock."

136.   As the meeting concluded, NURU asked CHS-878576 and CHS-87857 how their relationship with BOVIS was and they responded that it was good, but BOVIS was too busy for them. NURU said BOVIS had been busy opening Lefty's Ballpark Buffet, but "we're trying to get it to work. It can't really now...it's not the season." I believe this statement means NURU has an ongoing relationship with BOVIS and is still attempting to help BOVIS financially with his business, likely through NURU's official position.

137.   Based on my training and experience, I believe NURU has no legitimate official capacity, either in his position as the Director of the Department of Public Works, or as the Chair of the Transbay Joint Powers Authority (TJPA), to seek to help outside businesses obtain concession contracts in San Francisco. As detailed above, the bidding process at the airport is required by law to be a competitive process and any contact with airport commissioners or city officials, like NURU, with the intent to influence the process, is prohibited. Similarly, there is no legitimate reason for NURU to be using his official position to steer individuals (who have asked for his improper assistance in securing airport concessions) to invest in the Transbay Transit Center.

138.   I believe NURU met with CHS-87856 and CHS-87857 because NURU believes he can benefit financially from helping them. This was the second time that NURU tried to push CHS-878576

---

[10] On February 22, 2019, CHS-87857 sent NURU an email that provided a link to a documents regarding CHS-87857's business. CHS-87857 sent NURU a follow-up text message on February 28, 2019. NURU did not respond, but I understand (from other agents and my own experience with this investigation) that delayed communication was not out of the ordinary for communications between CHS-87857 and NURU. No further contact with NURU was attempted at the direction of law enforcement. I learned about these email and text contacts on April 9, 2019, after a conversation with another FBI field office.

AFFIDAVIT                                          49
FILED

1   and CHS-87857 toward business opportunities in the Transbay Transit Center. The first occurred in

2   connection with discussion of a $5,000 bribe to an airport commissioner (which BOVIS reported was

3   NURU's idea) during meetings and conversations in March and April 2018. The March 19, 2018

4   meeting underscores NURU's intent. Although the apparent purpose of the meeting was to help CHS-

5   878576 and CHS-87857 rig their bid for an airport concession, NURU began by telling the group about

6   the Transbay Transit Center, its size, and anticipated concessions opportunities. He also explained that

7   he, NURU, was in charge of the project, shared confidential information from the last board meeting

8   about recent negotiations for commercial space, and helped arrange a tour of the Transbay Transit

9   Center for UCE-7982 and CHS-87856 (which occurred on March 20, 2018). NURU again pushed

10  opportunities at the Transbay Transit Center during a meeting on April 4, 2018, with BOVIS, UCE-

11  7982, CHS-87856, CHS-87857, and AIRPORT COMMISSIONER 1. Based on this prior conduct and

12  the February 2019 meeting, and my training and experience, I believe NURU intends to use the

13  Transbay Transit Center and his role as chair of the TJPA, and more generally his official position as the

14  Director of DPW, as opportunities to corruptly exert his official influence to obtain benefits for himself

15  and his associates.

16                    **2.    Multimillion-Dollar Mixed-Use Development Scheme**

17          139.    Agents have intercepted numerous communications between NURU, BOVIS, and others,

18  regarding NURU abusing his official position as director of DPW for material gain, in exchange for

19  official actions. These communications about additional schemes further corroborate NURU's intent to

20  corruptly use his official position in relation to the airport scheme, as well as underscore his pattern of

21  fraudulent conduct. In particular, NURU appears to be attempting to use his official position to benefit a

22  billionaire developer in China who is developing a large, multimillion-dollar mixed-use project in San

23  Francisco, California. This individual has been identified by agents and is referred to here as

24  DEVELOPER 1.[11] In exchange for travel and lodging, hi-end liquor, and other gifts and benefits, NURU

25  claims to be working behind the scenes using his official position to help DEVELOPER 1 with getting

26

27  _____

28  [11] The identification of DEVELOPER 1 is based on open source information, the name used in
    NURU's address book for this individual, and a personal photograph of NURU and DEVELOPER 1
    together in China.

AFFIDAVIT                                        50
FILED 

the necessary city approvals to open the multimillion-dollar development.

140.    DEVELOPER 1 first surfaced in the investigation in the late fall of 2018 when agents began to learn more about NURU's then-upcoming trip to China. During a call utilizing his cell phone on October 21, 2018, NURU talked to his girlfriend, GIRLFRIEND 1, about his pending trip and how he had to have a serious conversation with CONTRACTOR 2 regarding finances. CONTRACTOR 2 is a building permits expediter who is affiliated with NURU. NURU said, "I don't know, just keep on investing. I mean I'll be having a serious talk with [CONTRACTOR 2] on this trip... Yeah, but you know, [CONTRACTOR 2] and [INDIVIDUAL 4], those two, they're nice people, but they are very shrewd businessmen, so you have to be careful with them. They're very (silence)... Yeah, but people like [INDIVIDUAL 4] and [CONTRACTOR 1], like if they made a hundred thousand, they'll give you like two... Yeah, because they just ethically, they just you know, that's how they make money. They're very shrewd. I mean [INDIVIDUAL 4] and [CONTRACTOR 2] are like that... Yeah, that's how they are, they're just, that's just, I mean they're nice people but that's how the business model in their head works... Well you have to be um, you have to be clear on the dealings and when you start having those conversations with them they start getting nervous and they try to stay away from (UI)... That's why both of them get along very well because they have the same type of thinking... And [CONTRACTOR 1], he used to work, he's worked for both of them and he wasn't, he wasn't a (UI) until he left them." Based on my training and experience, and the context of this call, I believe NURU wants to be as successful as CONTRACTOR 2 and believes that he can talk more freely with CONTRACTOR 2 in China. As discussed in further detail below, I believe CONTRACTOR 2 has paid for or subsidized part of NURU's trips to South America and China in 2018. I believe that CONTRACTOR 2 provides these benefits to NURU so that NURU will use his official position to help CONTRACTOR 2 when needed.

141.    On November 4, 2018, at approximately 9:21PM, NURU called GIRLFRIEND 1. NURU told GIRLFRIEND 1 about his trip to China that he just took with his daughter and CONTRACTOR 2. NURU described for GIRLFRIEND 1 the many gifts he received during this trip. NURU said that unlike on the way to China where he flew in first class, this time NURU flew business class back to San Francisco. NURU began by telling GIRLFRIEND 1 about a wealthy friend of his who lived in China and how NURU and CONTRACTOR 2 stayed at his resorts during their vacation. NURU said, "Oh

boy, oof. We had a great time. Are you kidding? We had a great time. It was great. The last few days was just, it was almost, it was almost a little scary because we had agents you know, like when we went to the to, outside our hotel room, they had guards outside our hotel room. (laughs)… You know my friend that has the plane?... Well I have a friend that has a, he's the fifth richest guy in China… I know him through [CONTRACTOR 2], but anyway, so he's really rich, I mean, he's like, anyway we went to, we had uh we had dinner with him on, what day was that? On Friday, oh no we had lunch with him on Friday and they ask 'so hey, what are you guys doing for the rest?' We told him we were going to this little hot spring town where they have these hot springs and stuff… And he's like 'No, you're going to my hot spring.' (UI) his people on the phone making phone calls and he has his (UI) he says 'My van is outside to take you to my resort'… And we get there and they're like all these people, all these like agents with things in their ear and stuff all waiting for us. We like 'oh shit, what's going on [CONTRACTOR 2]?' (UI)… Yeah, thing is we get there, they take us to our rooms and everything and they're, everybody's in their room and then as soon as I come out, they're like still outside our room. I'm like 'Oh man, what's going on?' And then they're like 'Uh, in ten minutes we're going to go take a tour of the whole place' You know, then we took a whole tour and everything. They gave us (UI) it was a big, they have like a whole community center and basketball courts, swimming pools, yoga… Yeah, he owns the whole, the whole spa and the hotel. Yeah and he has many. He has a hundred and five, five-star hotels in China… Yeah, we stayed, we stayed in uh we stayed at uh Seven Star Hotel, he owns it, Conrad, and then we stayed at the Park Hyatt, he owns that one. And the last time I went with grandma we stayed at the Ritz-Carlton, yeah… Yeah actually, he even told us, he told us, you know, 'did I send you some pictures of like this mansion that we went to?'" NURU continued, "Oh, no this was uh, anyway, we went to this mansion. He has like a mansion, it's like the White House. It's worth billions of dollars, like (UI) and art and Chinese paintings… This is the guy that uh, bought the, did I tell you about a guy that bought 2,000 acres in [Bay Area city]? He wants to build… He wants to build a (UI)… Anyway, he's got a lot of real estate in America. He the guy we uh, when we had we had dinner at his house, we had like the Vice President of [FOREIGN COUNTRY 1] there, when we had, we sat at… Yeah that's [DEVELOPER 1's] house, but apparently he doesn't live there because it's too, you know, he lives on, he has four floors on the top of the Ritz-Carlton. He told me the other day, when we had lunch

1    with him. He says 'Oh I live here. (UI) four floors on the top here.' I was like, 'Oh.' 'This is where I

2    live, but people think I live in that place. I don't live in that place.' (laughs)."

3        142.    NURU said he uses WeChat to communicate with DEVELOPER 1.[12] NURU then told

4    GIRLFRIEND 1 about how he is helping DEVELOPER 1. NURU said, "I'll send you a picture. He's a

5    very nice guy. We're helping him, I'm helping him with a project here, San Francisco. So whenever he

6    comes, I always go to see him. I didn't know and I know he has this plane, I didn't know that, how big he

7    was until I got to China." NURU then listed some of the gifts and benefits he received from

8    DEVELOPER 1, "No we uh, we uh, we so when we arrive, we had a dinner with him and that night he

9    gave us a tour of his house, uh me and uh [individual from FOREIGN COUNTRY 1] and everybody.

10    His house, his house is just like a museum. He likes art. He's got like, in fact, he gave us, he gave us

11    some stone. I don't know how much they're worth, I, you know, I put them in the ship to, I shipped them

12    you know, they're gonna come in the ship. They're tons of money. I don't know what he, he he brought

13    it to us. He gave me one and [CONTRACTOR 2] one and he had like a little flashlight and he was

14    saying 'look at this, look at that.' He was showing things, I don't know what he was (laughs)... A little

15    bit, oh oh let me tell you this. The night we were at his house, the drinks that we drank... that bottle

16    was worth ten thousand dollars... Yeah, it's Maotai, but it's fifty-year-old Maotai... Yeah, and then and

17    then on Saturday when we had lunch with him again, the bottle of wine was worth two thousand plus

18    dollars. It was a French wine... I was like 'yeah' I was like 'Woh.' So I looked it up. It was like two

19    thousand seventy dollars."[13]

20        143.    NURU continued to talk about the free hotels DEVELOPER 1 had provided him on prior

21

22       [12] WeChat is an application made by a Chinese company that allows for messaging and voice
and video calls between users, among other features.

23

24       [13] State and local ethics and disclosure laws require officials like NURU to (among other things)
report potential conflicts of interest and list the gifts they have received, including meals and travel,
every year on a document known as a Form 700. If NURU were to follow these requirements, he would

25    list, for example, all of the meals BOVIS paid for, the subsidized vacations he appears to have received
from CONTRACTOR 2, the gifts he received from DEVELOPER 1, and what appears to be free or

26    subsidized work he has received on his vacation home. Agents reviewed the Form 700 that NURU filed
with the City electronically on March 26, 2019 at 5:38 PM. The disclosure covers January 1, 2018

27    through December 31, 2018. The only gift listed is a bottle of red wine from Clark Construction, valued
at $89.99, which NURU stated he received on December 6, 2018. Based on my training and experience,

28    I believe NURU's failure to disclose the many gifts he received in 2018 is knowing and willful, and is
further evidence of his intent to defraud the public of honest services as well as his corrupt state of mind.

occasions. NURU said, "Yeah, but you know, this guy who stay at his hotels, you know, he's the one

that gave us the hotel with uh grandma… Yeah this guy, you know he's, the guy with the hotels, he's

been hooking, uh he's the one hooking us up… We don't, yeah, we don't uh we don't um we don't pay

any hotel or anything. They take care of us. They give us good rooms and good service. You know we

eat good breakfast (UI) morning… No all over the world. He owns some in America." GIRLFRIEND 1

then asked, "But the ones we stayed in in South America?  He owns those?"  And NURU answered, "I

don't know, I don't think he, I don't know if he has those ones.  (UI) Yeah."

144.    At this point in the conversation I believe NURU confirmed his recent vacations to China

and South America were largely subsidized, and that he had received free hotel and resort

accommodation, free food, and transportation throughout China, because of his assistance to

CONTRACTOR 2 and DEVELOPER 1.  I also believe, because GIRLFRIEND 1 asked if

DEVELOPER 1 owned the hotels that she and NURU stayed at during their previous South America

vacation, that those accommodations were similarly subsidized or free of charge.  I believe that is why

she assumed DEVELOPER 1 owned them.[14]

145.    In the next part of the conversation NURU discussed the official actions he would take as

Director of DPW to benefit DEVELOPER 1's project in San Francisco.  Specifically NURU said that

DEVELOPER 1, "he's the owner of uh [the multimillion-dollar mixed-use development], the project that

he (UI)."  And GIRLFRIEND 1 replied, "That [CONTRACTOR 2] was working on, yeah."  And

NURU continued, "Yup, and he's very upset about because he's, you know, he thinks he's lost, he's spent

so much money and he's, you know, can't see the end of the tunnel… No, it's not done. So that was the

meeting we had with him on Saturday.  He had a whole list of things that we need to get done.  We have

---

[14] Agents are analyzing bank accounts for NURU and one of his daughters.  A preliminary
analysis has shown multiple cash deposits into the daughter's account. The daughter has also written
checks and paid for multiple payments on NURU's San Francisco home mortgage, as well as making
payments for NURU's construction costs for his vacation home in Lodoga.  NURU also wrote two
checks dated 9/18/2018 to another individual.  One check was written for $4,707.41 with the memo
written as "s. america trip" and the other check was written for $2,914.19 with the memo written as
"China trip."  Agents are investigating the identity of this individual and additional financial evidence
related to these trips. However, based on my training and experience and the general cost of first class
and business international airfare, I believe these checks do not fully cover the cost of NURU's trips to
South America and China.  In addition, neither one of these trips has been disclosed on NURU's most
recent Form 700 (Schedule E of the Form 700 is used to disclose travel payments, advances and
reimbursements).

to… He's bringing in a [RETAIL STORE 1] in there so they finally (UI)… Yeah, so he's you know, he's got a [RETAIL STORE 1] going in there now. They've worked out a lease with them. He's uh trying to make sure the windows are, the windows were made in Mexico and there's some kind of defect… So we're trying to get that all resolved with the, [senior official with San Francisco Department of Building Inspection (DBI OFFICIAL 1)] shop and Planning, a whole list of things that we need to get done… Oh yeah, but I mean, he doesn't you know, he doesn't give money or anything. He lets us stay in his hotels and stuff. He makes all the arrangements for us, which is good. And nice places." Later in the conversation, NURU said that during the trip "we didn't have to do anything. We just, they just say 'Hey nine o'clock, you know, meet downstairs' and when we come there, there's a Mercedes waiting for us or a nice luxury van waiting for us." GIRLFRIEND 1 asked if NURU's daughter "start[ed] to get used to it like I got used to it?" NURU responded "Oh she she got used to it. She didn't have to think about money not one day." Based on this call and previous intercepted calls, I believe GIRLFRIEND 1 was referring to the trip to South America that she went on with NURU and CONTRACTOR 2 in October 2018. I believe that CONTRACTOR 2 and others subsidized NURU's and GIRLFRIEND 1's expenses for that trip. Records received from the Ritz-Carlton in Santiago, Chile, show the hotel reservation was under GIRLFRIEND 1's name and that the room was paid for in cash. The room was occupied by two people. I believe the other person was NURU. The cost of their stay at the Ritz-Carlton was 800,400 Chilean Pesos, which is approximately equal to $1,176 US Dollars.

146.   NURU's description of his arrangement with DEVELOPER 1 (that he helps DEVELOPER 1 with his San Francisco project in exchange for high-end accommodations and other benefits) was corroborated that same day by an encrypted WeChat message sent from NURU to DEVELOPER 1 on November 4, 2018 at 1:41 AM PST, shortly after NURU had received luxury accommodations from DEVELOPER 1 during NURU's stay in China. The message from NURU stated: "Thank you very much for all your generosity while we were in China. We had a great vacation and my daughter had a wonderful time. I will do my very best to see that your project gets completed. Look forward to seeing you in San Francisco when you come." DEVELOPER 1 responded the next day: "You're welcome and thank you so much. Looking forward to seeing you in San Francisco."

147.   Based on open-source information, the project is a condominium complex with retail

planned for the first floor. According to publicly available documents the project experienced various

construction delays. When NURU referred to "Planning," I believe he was referring to the San

Francisco Planning Department or San Francisco Planning Commission. These entities handle approving

various parts of construction projects in the city.

148.    While NURU was in China, on October 24, 2018, at approximately 12:56 pm, NURU

received a call from DPW EMPLOYEE 1. During this call, NURU asked "What's going on with

[address for DEVELOPER 1's mixed-use project]?" and the individual responded that he heard the

developers were dragging their feet. NURU said "I don't think so" and continued later by saying

"there's an issue with the glass…Yeah, it's the glass, something about, uh, some detail that they were

concerned about that was not safe or something." The call was minimized near this point. However,

based on my training and experience, I believe NURU, in his official capacity as the Director of DPW,

was using this call with a DPW employee to check on DEVELOPER 1's project in order to assist

DEVELOPER 1.

149.    A search of communications in NURU's personal email account also indicates he

remained involved in moving DEVELOPER 1's project forward, both before and after his trip to China.

These communication include: (i) a December 9, 2018 email from CONTRACTOR 2 advising NURU

that DBI had provided notice that a temporary certificate of occupancy for DEVELOPER 1's

multimillion-dollar, mixed-use project was on hold until the project sponsor completed installation of

additional items; and (ii) a February 8, 2019, email from the personal email address of DBI OFFICIAL 1

to CONTRACTOR 2, cc to NURU's personal email address, indicating that the official would attend a

dinner with DEVELOPER 1 at a San Francisco restaurant later that month.

### 3.    Transbay Transit Center

150.    As noted above, NURU is also the Chair of the TJPA. The Office of Community

Investment and Infrastructure (OCII) (the successor to the San Francisco Redevelopment Agency) and

TJPA are developing the Transbay Transit Center through a competitive bidding process. In order to

lease commercial space at the Transit Center, prospective tenants must submit an online Tenant

Application. Following the application, the prospective tenant will need to submit a Letter of Intent

which should include a resume, concept description, business plan, proof of capital, and two years of

1  business or personal tax returns. Deals are to be evaluated on a point system based on if a tenant is a

2  local business, if it fits within the merchandising plan, and if the tenant has the operating experience,

3  financial capital, and if the product offering will enhance the neighborhood. The TJPA has primary

4  jurisdiction regarding matters concerning the financing, design, development, construction, and

5  operation of the Transbay Program.

6        151.    Intercepted communications on NURU's cell phone show that NURU and BOVIS have

7  discussed NURU helping BOVIS receive a contract for one of BOVIS' restaurants at the new Transbay

8  Transit Center (alternatively referred to as the Transbay Terminal). The paragraphs below summarize

9  certain intercepted communications related to the scheme.

10        152.    On November 13, 2018, at approximately 6:09 PM, NURU called BOVIS. During this

11  call, they discussed the Transbay Terminal. BOVIS said "Um, but I was gonna ask you to about uh um

12  wondering, I sent you the stuff for the uh (UI) let me port it over to the new email too. I'll send it to ya,

13  from the ah real estate people at um Transbay Terminal." NURU said, "I'll talk to [TJPA EXECUTIVE

14  1]." Based on my training and experience and the context of this call, I believe NURU was saying he

15  would talk to TJPA EXECUTIVE 1 to help BOVIS.

16        153.    On November 30, 2018, at approximately 5:49 PM, BOVIS called NURU.  NURU and

17  BOVIS discussed a variety of topics starting with a lease BOVIS is trying to get at the Transbay

18  Terminal.  BOVIS said, "Doing good, um, a couple things to ask you. Did you ever talk to the guy over

19  at uh, the."  NURU then interjects "Transbay?"  BOVIS then affirmed and NURU said, "Yeah, I talked

20  to him. I see the dialog going backwards and forwards, so."  They then discussed the leases and spaces

21  available at the terminal.  NURU said when he talked to the people at the terminal they told him for

22  what BOVIS wanted to do, certain spaces would not meet his requirements.  I believe this shows NURU

23  is taking an active role in trying to get BOVIS a space at the Transbay Terminal.  NURU said to BOVIS

24  when talking about his dealings with the Transbay people, "Yeah, I don't know, I don't know how to

25  handle it because he, you know, he knows that I'm pushing on it..." Based on my training and

26  experience, I believe that NURU was trying to be careful about pushing too hard for a lease opportunity

27  for BOVIS and wanted to avoid raising red flags that might draw unwanted attention to his relationship

28  with BOVIS.

154.    On December 6, 2018, at approximately 1:30 PM, NURU called BOVIS and explained to BOVIS that TJPA EXECUTIVE 1 was also on the phone. The audio from the call indicates that NURU and TJPA EXECUTIVE 1 were utilizing the speakerphone function of NURU's cell phone. It also appears that the call was made from the privacy of NURU's office. Cell-tower location data shows that NURU's cell phone was in the vicinity of San Francisco City Hall. Agents have also confirmed that TJPA EXECUTIVE 1 was seen leaving the DPW office suite after the meeting in NURU's office would have concluded.

155.    On the call, NURU explained to BOVIS that, "Okay, so, so [TJPA EXECUTIVE 1]'s here, so I guess we're trying to figure out what your situation is and trying to resolve it." BOVIS and TJPA EXECUTIVE 1 thereafter discussed BOVIS' top three choices for spaces to lease. BOVIS explained, "Yes, as of, as of right now the 119 is the preferable. That 121 was the one we really wanted but um they uh said they already signed the lease papers on that or they're in the process of doing it, and so they wouldn't present our offer…So 121, 119, 135." BOVIS also told TJPA EXECUTIVE 1 they sent in an offer, but was concerned the offer was never presented to TJPA EXECUTIVE 1. TJPA EXECUTIVE 1 reassured BOVIS, "Ok, I'm I'm aware of uh, I'm aware that you've submitted…I have it on my, I have it on my sheet, so let me follow up."

156.    Based on the investigation and the substance of this call, I believe NURU is using his official position and influence as Chair of the Board of Directors of the TJPA to assist BOVIS in securing a commercial lease for one of his businesses in the Transbay Transit Center; namely, by arranging a direct meeting between BOVIS and TJPA EXECUTIVE 1. In exchange, I believe BOVIS was continuing to "take care of" NURU through kickbacks, free meals or other benefits in the same way that he alluded to as part of the Airport Scheme when, for example, he said during a recorded call on March 1, 2018, with CHS-87857, "I'll just, take care, I'll do it on my side with the, the head of DPW, the one who introduced us ... so I'll take care of that." BOVIS repeated the same thing during the March 19, 2018, meeting at the Broadway Grill with UCE-7982, CHS-87856, and CHS-87857. When CHS-87857 asked BOVIS if NURU would want something in return for his help with the airport concession, BOVIS replied that BOVIS would do something for NURU, and that NURU was giving BOVIS more deals like the bathroom contract. BOVIS stated, "I'll take care of him."

157.    On December 10, 2018, at approximately 4:40 PM, BOVIS again called NURU.  During the call, BOVIS said, "I sent that guy our information. He's helping me. [TJPA EXECUTIVE 1]." NURU responded, "Oh good, good."  NURU and BOVIS discussed how when [TJPA EXECUTIVE 1] called BOVIS, he said BOVIS' phone was not answering.  After that BOVIS and NURU discussed the danger of the FBI monitoring their calls:

> NURU: Every time he called you, he says "Guys doesn't answer. The phone doesn't answer. I was like, what do you mean the phone doesn't answer?
>
> BOVIS: Huh, I don't know, maybe I have something wrong with my phone.
>
> NURU: Yeah, and then, I said, "Well I wanna call him right now from my phone."
>
> BOVIS: As long as, as long as nobody, nobody at the FBI is looking, listening to me, that's cool.
>
> NURU: (laughs)
>
> BOVIS: (laughs) Maybe (UI) my phone's protected
>
> NURU: (laughs) You make me paranoid man
>
> BOVIS: I know, no, no, I'm joking.
>
> NURU: I'll send you that information. I'll send it to you right now.

158.    I believe this shows BOVIS and NURU know what they are doing together is illegal.  As described above in connection with the Airport Scheme, this is not the first time BOVIS expressed concern about the FBI investigating his conduct.

159.    The same conversation continued when NURU asked BOVIS, "[ARCHITECT 1] ever get back to you?"  BOVIS responded, "Yeah, he did, and I told him, uh, yeah, so I told him, I, I, I'll tell you about it… He has a solution now too for you… He said um, he said he figured out how to do it correctly… That way he can be um, uh, 'cause he won't be the architect on, um, the paper… 'cause he'll be the design, the right, uh the design consultant for you."  NURU said "I like that, yeah… oh I can get somebody to stamp the drawings.  Tell him not to worry… I can get somebody to stamp it, yeah, I got it, I can get people to stamp it for him… yeah, he shouldn't worry about that."  Based on my training and experience, and the context of this call, I believe NURU asked BOVIS if ARCHITECT 1 contacted BOVIS again.  Previous intercepted communications reveal that ARCHITECT 1 is an architect working

1   with BOVIS to design temporary homeless shelters for a city contract.  Intercepted communications also

2   indicate that he is supposed to be involved in work on NURU's vacation home.  I believe this call shows

3   NURU and BOVIS attempting to hide ARCHITECT 1's involvement as an architect because of the

4   benefits NURU is receiving.

5               **4.      Bathroom Trailer Scheme and Homeless Container Shelter Scheme**

6         160.    In November 2017, San Francisco DPW released a new set of portable public toilets

7   designed to look like the iconic San Francisco Painted Ladies houses. In 2018, DPW was funded to

8   purchase more bathroom trailers. As described below, NURU gave BOVIS inside information regarding

9   the specifics of the project and had one of his DPW employees, DPW EMPLOYEE 2, deal with BOVIS

10  regarding the specifications.[15] During this call, BOVIS assured NURU that he never sends any emails to

11  NURU at his government email address. NURU then told BOVIS to always use NURU's personal email

12  address, which could be "anybody." NURU then directed another DPW employee, DPW EMPLOYEE

13  3, to assist BOVIS with the project. DPW EMPLOYEE 3 told BOVIS that NURU put him in charge of

14  it and that DPW EMPLOYEE 2 was still the main guy but DPW EMPLOYEE 3 would oversee

15  everything.  To complete the project, BOVIS is working with a husband and wife construction/designer

16  team.  BOVIS and the team have discussed the specifications and requirements from the email sent from

17  DPW EMPLOYEE 2 at DPW. Notably, during one conversation with BOVIS, one of the members of

18  the team asked about other bidders and the due date of the bid. BOVIS replied the bid was "just a

19  formality."

20        161.    NURU and BOVIS appear to have a similar arrangement for a project involving the

21  construction of small container-type portable housing for the homeless.  A summary of pertinent

22  communications regarding these schemes follows below.

23        162.    On July 3, 2018, at approximately 5:42 PM, BOVIS received a call from NURU.  Both

24  were using their cell phones. NURU and BOVIS talked about the project for providing the city with

25  portable public toilets for the homeless. BOVIS said, "Good how are you, I got my email from [DPW

26  EMPLOYEE 4], so I responded back to him." NURU replied, "Oh good, but also I need you to. I'm

27

28        [15] As a restauranteur, BOVIS has no apparent construction expertise that would be relevant to
     these projects with DPW.

AFFIDAVIT                                          60
FILED UNDER SEAL

confused on the specs for the bathroom. Have you talked to John? I don't know if it's a wooden one, he asked me if it's a it's a wooden one or a metal one (UI)?" BOVIS replied, "No, it's the same one we just made it uh more cost effective, we modified it a little bit." NURU said, "Yeah, yeah I need to get a copy of the one...the spec that you have… I can give it to him because he's sayin' is it the wooden one or is it the metal one? I said, I don't know which one it is… Cause I want to give it to him because I need, I need five right now." BOVIS said, "Yeah, no I wrote the spec perfect for you. I got 'em all, uh." NURU replied, "But we have to send it over to [an associate's] shop." BOVIS laughed and said, "Yeah, alright no problem. Alright… Yeah, yeah sorry if I didn't cc you on it I thought I did, but do you want it to [NURU's personal email address] or to the department?" NURU said, "Well if you're gonna put me on the e-mail..." BOVIS replied, "Okay don't put you on the email?" NURU said, "Yeah, just send it to [DPW EMPLOYEE 2] just tell him you know, here are the specs for the new trailers, I heard you're going to be needing five." BOVIS said, "Okay, and that at the same time I'll (UI) to [NURU's personal email address] right?" NURU replied, "Yeah, you can do that. Yeah." BOVIS said, "Okay, that way it's the family one. Okay, got it." Based on my training and experience, and the context of this call, I believe BOVIS and NURU are working on a project to supply the city with portable public toilets for the homeless. I believe NURU has influence or control over these contracts and the reason he does not want BOVIS to email him on his work email is because NURU wants to conceal his involvement in the project because he is receiving items of value from BOVIS in exchange for official action.

163.    Later during the call NURU discussed the funding available for the portable public toilets project. NURU said, "Okay well, I guess they definitely need five and I have the money out." BOVIS replied, "Yep, we're ready, I'm ready. As soon as they get that. I'll send over the specs to you again. I put a separate letter to him." NURU said, "Yeah, we need them now because we have uh, we have funding for five new locations (UI)." BOVIS said, "Twenty minutes, you'll have it."

164.    BOVIS and NURU then talked about another project, where BOVIS would be providing the city with portable homeless shelters. BOVIS said, "And I talked to [DPW EMPLOYEE 4] twice now on the email, so uh. He asked me if I need electricity at the site. I'd rather have electricity because it costs more to do solar and stuff." NURU said, "Okay that's fine… Yeah he's going to find a place for you… I think on Mission Street in the courtyard (UI)… and we'll let homeless sleep in it and test it out."

1  BOVIS said, "Yep, that's what you got to do and make sure everything works good... I, I got to write, I

2  think I can do it myself but I write a letter of intent to the companies they may give it to me for free but

3  if I had a letter from you guys that's like a letter of intent that we're looking into this and we may buy it

4  but I can do it from the SMTM company, so that'll probably be easier." NURU said, "(UI) can write you

5  a letter if you need one. That's fine." BOVIS said, "Okay yeah, because if I have one from him then we

6  look like that were more... ah... that we got a serious, uh they can donate the, um, panels so we can build

7  the first one for a lot cheaper." NURU replied, "Okay yeah he can write you a letter. He can write you a

8  letter."

9    165.   On July 5, 2018, at approximately 4:33 PM, BOVIS received a call from NURU. BOVIS

10  told NURU that DPW EMPLOYEE 2 wrote the specifications for the portable public toilets and that he

11  "just copied it for the old camper ones, you know they didn't say anything about the Victorian, they just

12  copied the old um spec from the older one so, uh, I'm having them red-line it, and make it so it's for the

13  Victorian." BOVIS asked NURU if DPW EMPLOYEE 2 wanted metal studs or if it would be alright to

14  use wood, and NURU responded, "Well follow him. He's kind of an equipment guy so... that's why I

15  need you to work with him... well talk to him because once you and him agree then... then you know

16  I'm already moving the money around so, yeah, yeah." BOVIS said, "Yeah, the one he wrote is um for

17  the camper, you know fiberglass outside and for the ones that (UI)" and NURU responded, "Change it,

18  change it." BOVIS stated, "Okay I'll change it all." And NURU replied, "Yeah change it, yeah." BOVIS

19  said he would submit a proposal with wood studs and NURU responded, "Well give him, yeah, tell him

20  this is the one that you have, you know, um yeah, but you need to work it with him, I guess that...to be

21  able to move it forward, yeah, yeah, because I'm pushing right now, so yeah, yeah...Tell him uh, this is

22  this is a preferred one, yeah." Based on my training and experience, and the context of this call, I believe

23  BOVIS may have improperly received information on this contract and NURU is helping push the

24  contract toward BOVIS.  To date, although agents have been unable to find any open RFPs or any

25  contracts regarding this project, as discussed above, I believe NURU has influence or control over these

26  contracts and the reason he does not want BOVIS to email him on his work email is because NURU

27  wants to conceal his involvement in the project.

28    166.   On July 5, 2018, at approximately 4:49 PM, BOVIS called an individual believed to be

AFFIDAVIT                                        62
FILED ▓▓▓▓▓▓▓▓

DPW EMPLOYEE 3. DPW EMPLOYEE 3 told BOVIS he just left NURU and that NURU told him that "you and I should get together and discuss, you know." BOVIS asked if DPW EMPLOYEE 3 was writing the specifications for the portable public toilets and DPW EMPLOYEE 3 responded "I, I, yes. He's put me in charge of it so I'm gonna work with you so that uh, yeah, we get all the right material." BOVIS asked about DPW EMPLOYEE 2 and DPW EMPLOYEE 3 said, "[DPW EMPLOYEE 2] is... he's the main guy, but I'm gonna oversee everything... so he just wants me to, uh, to act in the middle." BOVIS responded "Excellent."

167.    DPW EMPLOYEE 3 then told BOVIS "Please send me everything that you and [DPW EMPLOYEE 2] are working on so I know exactly what is going on so we get it right, you know?" Based on my training and experience, and on the context of this call, I believe NURU told DPW EMPLOYEE 3 that he should work with BOVIS to ensure that BOVIS won the contract.

168.    On July 5, 2018, at approximately 4:52 PM, BOVIS called one of the people working on the design for him. BOVIS began the conversation by saying, "Hey...uh, you guys must have been praying because I've got some better news. I talked to Mohammed...Yeah, and I, I told him that the specs that you got, you just copied and pasted from before right... So I talked to his other guy [DPW EMPLOYEE 3], not [DPW EMPLOYEE 2], but the other guy who is overseeing... [DPW EMPLOYEE 2] is his boss, but, I said we are going to rewrite the specs and send them to ya and use those specs, so um, he's gonna help me do that so, put it back to wood, so um, if they push back, then we'll go to metal." The individual responded, "Okay, so we're, so we're kinda pushin' back right now with our answer and it's becoming a dialogue kind of. That's what I wondered what was happenin' because the whole (UI)." BOVIS asked the person if he had talked to anyone about it and he said he had not talked to anyone yet. BOVIS responded "Oh good." Based on my training and experience, and on the context of this call, I believe BOVIS used his possible inside knowledge about the portable public toilets project to his advantage in designing his proposal.

169.    On July 6, 2018, at approximately 1:15 PM, BOVIS sent an SMS Text Message to DPW EMPLOYEE 3. BOVIS said, "Can you send me your email Thank you nick Bovis." DPW EMPLOYEE 3 responded with a reply SMS Text Message at approximately 1:28 PM with his official sfgov.org email address. BOVIS then replied, "I just sent you correct specs" DPW EMPLOYEE 3 then texted back, "ok

1  – will take a look soon as I get into office – thx" Based on my training and experience, and the context

2  of this text message exchange, I believe DPW EMPLOYEE 3, at the direction of NURU, is assisting

3  BOVIS with the portable public toilets project. Based on my training and experience, and the context of

4  this communication, I believe BOVIS and DPW EMPLOYEE 3 emailed each other about this project in

5  order to enhance the chances that BOVIS' bid was accepted.

6      170.   On July 9, 2018, at approximately 8:33 AM, BOVIS received a call from one of the

7  individuals working on the design for him. They discussed construction specifications for the portable

8  public toilets project and whether they should be using wood or metal and the costs associated with

9  each. The person asked if the price was "stuck at 65" and BOVIS said he would find out.

10      171.   On July 19, 2018, BOVIS called one of the individuals working on the design for him

11  and they discussed project specifications.  The individual asked BOVIS, "… And when is the bid due

12  date as far as, I mean, we'll get it right back, but when is it due as far as everybody else having to submit

13  if they're going to?" and BOVIS responded, "Nobody else will be able to do it once I uh, um, it's just, it's

14  just a formality."  The individual stated, "A formality."  BOVIS replied, "But I have to, I have to make

15  sure it's like a, like you want it just say yes and exempt if it's anything. If they ask for the guy flying out

16  there and all that bullshit just say exempt or someone will send pictures or whatever…"[16]

17      172.   I believe BOVIS has a similar arrangement with NURU regarding a homeless shelter

18  project. Based on intercepted communications, BOVIS appears to have reached an agreement with

19  NURU where NURU will ensure BOVIS wins the bid to construct homeless housing shelters.

20      173.   For example, on August 10, 2018, at approximately 12:31PM, an individual working with

21  BOVIS on the homeless shelter project, ARCHITECT 1, called BOVIS to discuss a presentation for the

22  container shelter project.  ARCHITECT 1 expressed his concerns about disclosing too much about their

23

24      [16] Based on public source information, I believe BOVIS has worked on the portable toilets

25  project in the past. Specifically, a press release in 2017 stated "…the custom-made, solar-power portable
toilet was a design and manufacturing collaboration between Public Works and Tiny Potties, an

26  enterprise owned by San Francisco entrepreneur Nick Bovis…" The website www.tinypotties.com has
Dignity Spaces listed on the top, various Victorian style building drawings and descriptions, and an

27  email address associated with BOVIS's restaurant, copyright Dignity Spaces 2018 at the bottom. Per
searches of the California Secretary of State Business website, the San Francisco government website,

28  and open source searches, agents have not identified Tiny Potties or Dignity Spaces as incorporated
entities.

design with others. ARCHITECT 1 said, "oh no worries no yeah I got ah an email from [DPW EMPLOYEE 4] yesterday, and ah [DPW EMPLOYEE 4] and a team actually, and then I called and they desperately want the material, here's my only concern is uh, you know you met [INDIVIDUAL 5], ah part of our presentation, and he was with ah, some of the senior officials in the Oakland site reviewing the Tuff Sheds and SIP panels came up there, and so I'm just, are you sure they're going to act in good faith if we share all of our information?" BOVIS said yes and ARCHITECT 1 then said, "You sure DPW won't be shopping around or looking to other." And BOVIS replied, "No, Mohammed will give it to me if ah ah." And ARCHITECT 1 said, "Ok, alright I just wanted to be sure because the SIP panel stuff started coming up with all them too. So we definitely don't want." Based on my training and experience, and the context of this call, I believe BOVIS and NURU had already agreed to grant BOVIS the contract, and BOVIS had no concerns about competition or sharing information with others because he knows he will win the bid.

174.    BOVIS and NURU continued their contact concerning the bathroom trailer project later in 2018 as well.

175.    On November 27, 2018, at approximately 8:04 AM, NURU called BOVIS.  After discussing other topics, BOVIS mentioned the bathroom trailer project.  BOVIS said, "No, um, we're just waiting for the bathrooms right? Haha... They're waiting for the budget right." NURU answered, "Yeah, we're trying to free up our money. You know the city changed financial systems so we're trying to figure out exactly how much money we have and what we don't have. Yeah... But we're close, we're close."

176.    On November 30, 2018, at approximately 5:49 PM, BOVIS called NURU.  NURU and BOVIS discussed a variety of topics starting with a lease BOVIS is trying to get at the Transbay Transit Center (discussed above).  BOVIS and NURU also discussed the bathroom trailer project.  BOVIS said, "Oh and then um, my guys in Minnesota, I mean, uh not Minnesota, in uh, they were asking me about, I can tell them about uh the order, I told them in couple months, probably." NURU then responded, "Yeah, no, I'm trying, I'm gonna, yeah, I'm gonna get the money especially now that [the mayor's] got this new money that they've found... I think I'm gonna be, make sure I get, I'm gonna try get some of that for sure." The two then discussed how long BOVIS should tell his builders it would take for the

1   city to get the funding so they could start the construction.  They both decided to give it six months.  I

2   believe this shows NURU continuing to use his official position to steer financial opportunities to

3   BOVIS.

4       177.    The last topic BOVIS and NURU discussed during this call was a Thanksgiving Day

5   voucher deal where BOVIS gave vouchers to NURU.  NURU then gave the vouchers to his employees

6   who had to work on Thanksgiving.  The employees could then eat for free at BOVIS' restaurant, Lefty's

7   Ballpark Buffet.  BOVIS would then give the vouchers that were turned in for the free meals back to

8   NURU and NURU would pay for the meals out of DPW funds.  NURU said, "(UI) Yeah so, prepare that

9   invoice for me and put the discounts on it."  And BOVIS said, "Yeah, I did 50%."  NURU then replied,

10  "(UI) Ok, oh good, perfect perfect… Yeah, then give it to me and I'll have it processed, yeah I'll have it

11  processed."  BOVIS then thanked NURU, "Thank you so much Mohammed."  And NURU said, "Yeah,

12  no problem, no problem. And then we'll do the same thing for Christmas or any other holiday coming

13  up. You let me know… Yeah, so any other holiday or like or any day you think you'll have low

14  attendance, you let me know, I can do the same thing, my friend, you know."  BOVIS then ended the

15  conversation by talking about The Broadway Grill, which had been closed for months due to a fire.

16  BOVIS said, "Alright, oh um Broadway Grill will be opened up pretty soon too. I'm working with the

17  chef right now."  And NURU said, "Ok, yeah that would be nice (UI)."  BOVIS replied, "Yeah,

18  whatever you need, yeah whatever you want to bring there, I'll take care of it."  And NURU said, "Ok,

19  alright, that sounds good."  Based on my training and experience, and the context of this call, I believe

20  this is another example of how NURU grants BOVIS financial opportunities as Director of DPW and in

21  return, NURU gets perks such as free meals from BOVIS' restaurants.  Agents have previously seen

22  NURU eat for free or at a discount at The Broadway Grill.

23      178.    On January 29, 2019, at approximately 7:00 PM, NURU called BOVIS.  BOVIS and

24  NURU were discussing their schedules and trying to find some time to meet.  BOVIS asked NURU,

25  "No no. I got to stay down here tonight, can uh, should we meet tomorrow then? Would that be better?"

26  NURU said he would try for Thursday.  The two then joked around about BOVIS going to meet NURU

27  in City Hall.  BOVIS said, "Let me get ya on Thursday, or you want me to come by down to your

28  office? See ya down there? Or?"  And NURU answered, "No don't come by to my office (laughs)."  And

1   BOVIS laughed as well, "Ok No No. Ok I know. Ok. Oh god I'm sorry (laughs)."  BOVIS then laid out

2   why he could not meet NURU tonight and said, "The only problem tonight is that um earlier I was

3   gonna meet ya I didn't get enough for me, right now." And NURU said no problem and BOVIS

4   continued, "Yeah. So I'll go in the morning and uh… Someone got to me before… (NURU then laughed

5   and BOVIS continued) They they got to me."  Based on my training and experience, and the context of

6   this call, I believe BOVIS and NURU were going to meet to talk about one of the schemes they are

7   currently involved in, such as the bathroom trailer project, homeless shelter project, or another money

8   making scheme.  NURU eventually went to BOVIS' restaurant, The Broadway Grill.  I further believe

9   NURU wants to hide his relationship with BOVIS from his coworkers since he does not want BOVIS

10  going to his office.  It is unknown what BOVIS was talking about when he said he "didn't get enough

11  for me," "someone got to me," and "They they got to me," but based on my training and experience, and

12  the history of this investigation, I believe it may possibly be a reference to cash.

13       179.    On February 13, 2019, at approximately 6:12 PM, BOVIS called NURU.  The two

14  discussed the bathroom trailer and homeless shelter schemes. BOVIS told NURU he had attended a

15  meeting earlier in the day where they discussed temporary homeless housing shelters and that his

16  contractors could build the shelters in eight weeks and it needed to be completed by June 31, 2019 "so

17  it's pretty crazy." NURU responded "We can, they can knock it out and get it done. I mean those are the

18  good kinds of projects, right?" BOVIS went on to say that in order for his contractors to be paid quickly,

19  he needed to have it set up with the city and that he needed to add "temporary structures" to his

20  business's description with the city. After saying he sent his final proposal for the bathrooms to [DPW

21  EMPLOYEE 5], BOVIS said he "sent the other thing to the uh lawyer and uh he's looking into that area

22  there to see if it's doable…'cause he's uh, they're lobbyists and um lawyers just for gaming." NURU

23  responded he would like to set up a meeting with BOVIS and "the lady I'm dealing with…because she's

24  my contact, I'm a build, she's my contact who's getting me all the information through those guys, these

25  guys…These guys, they own casinos in uh China."

26

27

28



180.    NURU switched to another call and called BOVIS back shortly thereafter.[17] During the follow up discussion, BOVIS said "And then um, the bathroom thing too, I'm good with that too now...I got it all, he's gonna build it even better, so I'm happy by that." NURU responded "Ok, well, we're all good. We're all good man. We're do some good stuff there and, you know, take care of everything, yeah." BOVIS said he needed to get his restaurant Lefty's going (which opened in a new location near Fisherman's Wharf in November 2018) and NURU responded "We're gonna do that too. We're gonna figure that out, yup, we're gonna figure that one out." NURU said that GIRLFRIEND 1 was still working on finishing up a project for BOVIS regarding BOVIS' restaurant. BOVIS and NURU returned to the subject of building a casino and they discussed the photograph of the site NURU sent BOVIS. NURU said the pictures showed "a hundred and forty-seven acres. It's huge" and "they own that land...yeah so you know, anything we can do there, and they're willing to come up here, so they're starting to look at some land up here." BOVIS responded, "Yeah, I can get, I can get the guys to help them with the [casino] license for sure." BOVIS went on to say his lobbyist/attorney contact works in Los Angeles and Sacramento and specializes in gaming in California on non-Native American land.

181.    On February 14, 2019, at approximately 6:49 PM, NURU called BOVIS. BOVIS said "I just wanted to uh, so I've been working with uh, they're working really fast on this emergency contract thing" and asked if there was a way to get a deposit for the work that his contractors have done on the plans and proposals. NURU responded, "You have to get, you have to get the contract first, when you get the contract...when you get the contract." BOVIS then switched topics to helping NURU and said "So um, then I got the other guy, uh, for that site down there, I think that area there, he can uh, work with them for that um, thing, so if you wanna um, I can introduce or we can put that together for the lady

___

[17] It bears noting that NURU was not honest with BOVIS about the person he was talking with on the other line. NURU was talking with CONTRACTOR 1 about the delivery of a tractor CONTRACTOR 1 was coordinating. NURU told BOVIS he bought a new tractor and that the company was trying to get directions to NURU's vacation home and was confused as to where to go. CONTRACTOR 1 did not ask for directions and there were no records of any other call during this period. Based on my training and experience and the context of this call, I believe NURU knows his conduct with CONTRACTOR 1 and others in connection with the Vacation Home Scheme is illegal and, even though he is engaged in illegal conduct with BOVIS, NURU is attempting to compartmentalize how much BOVIS knows about NURU's other schemes. This conclusion is supported by another intercepted call between NURU and GIRLFRIEND 1, discussed below, where the two discuss the need to limit how many people know about NURU's vacation home.

down in Los Angeles too." NURU said "but I need to sit down with you to lay everything out…because yeah, that way, that way…when we meet with my person, the few of us can, can lay it out."

182.    BOVIS then switched the conversation back to the bathroom trailer proposal. BOVIS said that DPW EMPLOYEE 5 was out, but he sent his proposal to her this morning. NURU responded "she told me, she told me something, uh like, uh, like uh, 79,000 or something like that?" BOVIS responded "Yeah, if you need it different, just let me know and I'll change whatever, uh, I need to do, I just wanted to, they added all the solar stuff in there and all this stuff, uh, I had to uh, they added delivery." BOVIS said he can "just lower it" if he has to." NURU responded "Let's see. Don't worry." BOVIS and NURU then had the following conversation:

BOVIS: Just if you want to tell me what to do and I can do it.

NURU: I don't know. I don't know because of how we, let's just go with it and see, yeah, yeah."

BOVIS: Oh shit, I should have asked you first, sorry.

NURU: Yeah (laughing). That's ok.

BOVIS: Um, ah fuck, oh.

NURU: That's ok

BOVIS: (Laughing) Oh boy, I haven't learned all these things, I'm sorry Mo.

NURU: Don't worry, don't worry

BOVIS: Ok

NURU: Ok

BOVIS: Next time I'll do it the other way

NURU: Yeah

183.    At the end of the conversation NURU said "Ok, let me work, let me work on this big one because that's the one we need to get in."

184.    On February 19, 2019, at approximately 10:32 AM, NURU received a call from BOVIS. BOVIS said DPW EMPLOYEE 5 was not answering her telephone, but that BOVIS wanted to ask "if, um, the guy that's doing the um, bid, uh whatever, the proposal for um, the sprung unit, and all of those things, he wanted to know if, if they could award the contract to my company." NURU responded "Yeah, they can…yeah they should, I mean they should be able to, I mean, just go ahead and do it with

1  your company name. Don't, don't (UI)…if there's a problem, we'll cross it, but right now, that's where

2  we're going…yeah, if we run into a roadblock, we'll figure out how to unblock it."  Based on my

3  training and experience, and the context of this call, I believe NURU was telling BOVIS that he would

4  correct any problems with BOVIS' bid to ensure that BOVIS wins the contract

5  ### 5.  **Vacation Home Scheme**

6  185.  Agents have also intercepted numerous calls indicating that NURU is remodeling his

7  vacation home in Stonyford, California.  The home has been extensively remodeled largely by

8  contractors from San Francisco.  It is approximately a three and a half hour drive from San Francisco to

9  Stonyford.  As noted above, in this economic climate and given the considerable extra expense to a

10  customer, it is remarkable that NURU has contractors from San Francisco driving three and a half hours

11  one way to work on his vacation home.  NURU appears to be using specific contractors with business

12  with the City and County of San Francisco for this work.  He also appears to be using his official

13  position to obtain discounted work from a DPW employee [DPW EMPLOYEE 6] who has promised to

14  charge NURU a discounted rate for concrete work and assured NURU that he would not put him "in

15  harm's way" by bringing other city employees to work on the vacation home.

16  186.  One of the contractors who is sending workers to work on the vacation home,

17  CONTRACTOR 1, is the CEO and Vice President of a company that has received numerous contracts

18  with the City and County of San Francisco, including a 2018 contract with DPW worth more than $2

19  million (according to publicly available information).  CONTRACTOR 1 also appears to have provided

20  NURU with construction equipment to use in grading projects at NURU's vacation home.  At the same

21  time that CONTRACTOR 1 was communicating with NURU about assisting him with the vacation

22  home, it also appears that he was receiving behind-the-scenes support from NURU to resolve issues with

23  city projects, including a project to replace sidewalks on Van Ness Avenue in San Francisco.

24  187.  For example, during a recorded call on September 14, 2018, CONTRACTOR 1 and

25  NURU discussed one of CONTRACTOR 1's employees who would be arriving with equipment to work

26  on NURU's vacation home.  Later in the same conversation, CONTRACTOR 1 appeared to ask NURU

27  for assistance with a city project, saying "Sounds really good, so, hey, um, keep in mind that, you know,

28  the property with [street in San Francisco], right, that piece of land there, right so if you can do

something." NURU interrupted and said "Promise…yeah um [DPW EMPLOYEE 1], has been in jury duty this whole week, so he hasn't been here, but he is working on that for me to figure out how we can make it all clean and legit and yeah, so there is no long-term problem." CONTRACTOR 1 responded "Perfect, perfect, perfect, okay Mo…thank you man."[18]

188.    Based on a number of intercepted communications and emails, CONTRACTOR 2 (who arranged free or subsidized travel and lodging for NURU in South America and China as described above), also appears to be providing free or subsidized work on NURU's vacation home, including a "crew" of workers that was coordinated with CONTRACTOR 2's son and sent to the home in February 2019.

189.    Along with CONTRACTOR 1, CONTRACTOR 3 also appears to be helping NURU with his vacation home. CONTRACTOR 3 is the owner of a separate construction engineering firm based in the Bay Area that is focused on government contracts that has performed work on a number of projects for the City and County of San Francisco.  CONTRACTOR 3 is an associate of NURU's and has traveled internationally with him.  Intercepted communications indicate that CONTRACTOR 3 and CONTRACTOR 1 arranged to deliver a new John Deere tractor to NURU in February 2019.

190.    For example, on February 7, 2019 at approximately 4:32 PM, NURU called CONTRACTOR 1. CONTRACTOR 1 told NURU that he "spoke with [CONTRACTOR 3] [19] and the John Deere is ready. You need to give me two days, available days, on weekdays in the next two weeks, he uh, John Deere have to deliver and teach you how to operate it, so you need to give me two days and they'll pick one of those days to make it work for you."

191.    On February 11, 2019, at approximately 11:28 AM, NURU called CONTRACTOR 1.

---

[18] During another call, on September 26, 2018, at approximately 8:55 AM, NURU called CONTRACTOR 1. In the call, CONTRACTOR 1 discussed a contract he had with the City and was asking NURU for help. CONTRACTOR 1 said, "Hey, so I sent you an e-mail on the other e-mail. Um, that...tha...[construction company] is working on the job on Van Ness. And the... And, there were three hearings. [Unintelligible] I need to cut. I'm doing the side work. And the, and the, and you know the sidewalks. And the [UI]. It's significantly, it's a little different so they're putting in all new trees similar size everything. But they denied the removal of the trees at the hearing and I uh send you the paperwork, you know." NURU then asked for the address and CONTRACTOR 1 continued by providing an address and said "And, um, so I send it to you. See if you could take a look at and see if there's something can help out with." NURU responded, "Okay, let me look at it."  NURU then followed up with a number of calls to other city officials and employees about sidewalk issues with the Van Ness project.

[19] Based on other intercepts, agents believe this is a reference to CONTRACTOR 3.

CONTRACTOR 1 confirmed that NURU would be at his vacation home on the following Tuesday so that he could receive the delivery of something. In later intercepted conversations, it was revealed that CONTRACTOR 1 was coordinating the delivery of the new John Deere tractor. CONTRACTOR 1 said that he will nail down the delivery and that [CONTRACTOR 3] might want to visit the ranch with CONTRACTOR 1 during the weekend. NURU said CONTRACTOR 3 could come to the ranch as well.

192.    On February 18, 2019, at approximately 11:56 AM, NURU called CONTRACTOR 3. They discussed how beautiful NURU's new tractor was and CONTRACTOR 3 said "I am going to make another trip um probably next week to bring the attachments....so I got one more attachment that is a bore attachment, another attachment that is a grading attachment for spreading rock and leveling things, ok, I'm glad they made it over there." NURU responded "Nice, nice. I just finished my training course (laughs)" and CONTRACTOR 3 replied "Good. That is the only reason I wanted to coordinate. Otherwise, I wouldn't have told them to deliver it, but uh, there are a few things that need to be, go over, and how things connect and that stuff."

193.    NURU had a similar conversation with CONTRACTOR 1 the following day.  On February 19, 2019, at approximately 7:46 AM, NURU called CONTRACTOR 1. The two of them discussed NURU's new tractor and CONTRACTOR 1 asked if NURU was happy with it. NURU responded "Yeah, yeah, very nice. It's a nice tractor. Very nice, you know, it's a modern tractor for sure."

194.    Between July 2018 and February 2019, Agents also intercepted numerous calls between NURU and DPW EMPLOYEE 6 about providing concrete work on NURU's vacation home.  NURU has intervened with the employee's supervisor on separate occasions to make sure the employee has authorization to visit NURU or take time to work on the vacation home.  DPW EMPLOYEE 6 appears to be providing NURU with a discounted rate for the labor.  Both have acknowledged the need to keep the arrangement confidential.

195.    For example, on December 5, 2018, NURU called DPW EMPLOYEE 6, at approximately 5:07 PM, to ask about the work on NURU's home for the upcoming weekend. Describing the crew he will have working on the home, DPW EMPLOYEE 6 stated, "I'll have, I'll have myself, I'll be there, and then I'll have four, four guys and one apprentice, so we'll be there."  NURU

1  then inquired, "Okay good and uh, these people are not uh, they're not City people are they?"  DPW

2  EMPLOYEE 6 replied, "No, no…You don't have to worry, you don't have to worry about none of that

3  stuff."  NURU stated "Okay, no that's good I just wanted to make sure."  DPW EMPLOYEE 6 then

4  reassured NURU, "I wouldn't put you in harm's way."  Based on my training and experience, the

5  context of this call and prior intercepted communications, I believe NURU is attempting to limit

6  knowledge of his vacation home scheme to specific trusted City employees or associates.

7       196.    Regarding the discounted rate, on December 8, 2018, at approximately 5:18 PM, DPW

8  EMPLOYEE 6 called NURU. During the call, they discussed the cost of the concrete work and had the

9  following interaction:

10      NURU:          So um, ok, well, just let me know, let's look at it, you know, and work the

11                              numbers man, you know, I'm a little broke. I'm just trying to get this done

12                              man.

13      Employee:    I hear ya. I'm just charging you per guy, that's all I'm doing.

14      NURU:          I know, but you gave me a little estimate for, you know, before,

15                              remember? So

16      Employee:    That estimate was $6,700, to set it up.

17      NURU:          No no no. It was $4,400. I wrote it down in the book

18      Employee:    No it was sixty-seven. I have it in my book, but I told you

19      NURU:          Ohhhh

20      Employee:    I'm gonna do it for less, but I just don't know how much less.

21  Based on the context of this call and my training and experience, I believe NURU is getting charged a

22  discounted price for DPW EMPLOYEE 6's concrete work because of NURU's position as the Director

23  of DPW. Such evidence further underscore's NURU's intent to improperly use his official position for

24  personal gain.

25       197.    The investigation has also analyzed known financial accounts for NURU.  Although the

26  investigation identified more than $200,000 that NURU has spent on home improvement (between

27  approximately January 2017 and May 2019), to date no payments to CONTRACTOR 1,

28  CONTRACTOR 2, CONTRACTOR 3, or DPW EMPLOYEE 6 have been identified.  Based on my

training and experience, and based on intercepted communications, I believe these contractors are providing labor and equipment for construction on NURU's vacation home for free or at a subsidized rate so they can continue to obtain city contracts, as well as receive NURU's support in resolving any issues that may arise with existing and future contracts with the City or, in the case of the DPW EMPLOYEE 6, any issues that may arise with his future employment.

198.    On February 19, 2019, at approximately 9:55 PM, NURU called GIRLFRIEND 1. During this call, NURU explained how the six workers building his new barn did all of their own cooking. Additionally NURU and GIRLFRIEND 1 had the following exchange where they discussed limiting the number of people who know about NURU's vacation home:

| | |
|---|---|
| NURU: | (call minimized)...back on my projects again and I just need to be careful, I don't, I need to watch myself carefully. |
| GF 1: | Yep, don't tell a lot of people. That's what you really need to be careful of because that's what's gonna get you in the end. |
| NURU: | What do you mean "That's what's gonna get me in the end?" Everything is legit. What are you talking about? |
| GF 1: | Well all these people are gonna start saying stuff and speculating and this and that. You don't need that headache. |
| NURU: | No, I don't, I don't need that headache. |
| GF 1: | So you don't run your mouth. That's what I'm saying. |
| NURU: | That's true, that's true. I'll stay away from these people. |
| GF 1: | Yeah, 'cause I mean random people have been like, maybe like a year ago, or eight months ago, telling me about your ranch, and I'm like "How in the hell do these people know?" |
| NURU: | Yeah, they'll never find it, even people that have the address cannot find it. (laughs) |
| GF 1: | I know, right? |
| NURU: | The lumber truck guy who was delivering lumber twice today could not find it. He was an hour late because I had to go look for him. |

199.    Based on my training and experience, and the context of this call, although NURU initially said his projects were legitimate, I believe he would not be concerned with people finding his vacation home if all of the work was legitimate and paid for by legal income.



1  IV.   **CONCLUSION**

2      200.   Based on the foregoing facts and my training and experience, I respectfully submit there

3  is probable cause to believe that NURU and BOVIS committed honest services wire fraud, in violation

4  of Title 18, United States Code, Sections 1343 and 1346, as part of their scheme to use a bribe and/or

5  kickback to secure a restaurant lease at San Francisco International Airport.

6  V.   **REQUEST FOR SEALING**

7      201.   Because this investigation is continuing, disclosure of the Complaint, this affidavit,

8  and/or the arrest warrant will jeopardize the progress of the investigation.  Disclosure would give the

9  targets of the investigation an opportunity to destroy evidence, change patterns of behavior, notify

10  confederates, or flee from prosecution.  Accordingly, I request that the Court issue an order sealing the

11  Complaint, this affidavit, and the arrest warrant until further order of the Court.

12

13

14

15                                         JAMES A. FOLGER
                                           Special Agent, Federal Bureau of Investigation
16

17  Sworn to and subscribed before
    me this _15_ day of January, 2020.
18

19

20  _____
    HON. SALLIE KIM
21  United States Magistrate Judge

22

23

24

25

26

27

28

AFFIDAVIT                                  75
FILED UNDER SEAL