DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
S. WAQAR HASIB (CABN 234818)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    scott.joiner@usdoj.gov
    waqar.hasib@usdoj.gov
    robert.leach@usdoj.gov

Attorneys for United States of America

FILED
JAN 28 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED COLIN NURU,<br><br>    Defendant. | NO. CR 20-MJ-70028 SK<br><br>UNITED STATES' EX PARTE APPLICATION TO UNSEAL CRIMINAL COMPLAINT; [~~PROPOSED~~] ORDER<br><br>~~UNDER SEAL~~ |

UNSEALING APP. AND [PROPOSED] ORDER
CR 20-MJ-70028 SK

The United States, through undersigned counsel, respectfully moves this Court to unseal the Complaint in the above-captioned matter at 12:30 P.M., January 28, 2020. During the afternoon of January 27, 2020, the government learned that Mr. Nuru had violated the conditions of his pretrial release by speaking with numerous witnesses involved in the investigation and disclosing his anticipated cooperation with the government, as well as identifying specific topics and individuals that he believed were the focus of the government's investigation. Mr. Nuru then lied about his actions to federal law enforcement before later admitting to his actions. Because Mr. Nuru's actions compromised he investigation, federal law enforcement agents have started to execute previously approved search warrants. To ensure the safety of the agents and avoid further compromising the investigation, the government requests that the above-captioned Complaint remain under seal until 12:30 PM on January 28, 2020. At that time the operational exigencies requiring the sealing will have passed and the government requests that the Complaint, this application, and the related sealing order be unsealed.

DATED: January 27, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

SCOTT D. JOINER
S. WAQAR HASIB
ROBERT S. LEACH
Assistant United States Attorneys

UNSEALING APP. AND [PROPOSED] ORDER
CR 20-MJ-70028 SK

# [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Complaint in the above-captioned matter, the government's application to unseal, and this order be unsealed at 12:30 P.M. on January 28, 2020.

IT IS SO ORDERED.

DATED: 1-27-20

_____
HONORABLE SALLIE KIM
United States Magistrate Judge

[PROPOSED] ORDER
CR 20-MJ-70028 SK